# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------x
SHELLYNE RODRIGUEZ, ALEXANDER NICULESCU and
DANIEL MAIURI,

Index No. # 811943/2021E

Plaintiffs,

Law Dep't No.: 2021-001811

- against -

**CONSENT TO REMOVAL**

THE CITY OF NEW YORK, NEW YORK CITY MAYOR BILL
DE BLASIO, NEW YORK CITY POLICE DEPARTMENT
(NYPD), COMMISSIONER DERMOT SHEA, NYPD CHIEF
OF DEPARTMENT TERENCE MONAHAN, NYPD
ASSISTANT CHIEF KENNETH LEHR, NYPD LEGAL
BUREAU SERGEANT KENNETH RICE, NYPD OFFICER
KHALID KHACHFE, NYPD OFFICER FIRST NAME
UNKNOWN (FNU) DORCH, NYPD OFFICER RAUL FLORES,
NYPD DETECTIVE NELSON NIN and NYPD MEMBERS
JOHN AND JANE DOES # 1-94,

Defendants.
------------------------------------------------------------------x

**Officer Raul Flores**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:   New York, New York

December 13, 2021

_____
Officer Raul Flores

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------x
SHELLYNE RODRIGUEZ, ALEXANDER NICULESCU and
DANIEL MAIURI,

                                    Plaintiffs,

- against -

THE CITY OF NEW YORK, NEW YORK CITY MAYOR BILL
DE BLASIO, NEW YORK CITY POLICE DEPARTMENT
(NYPD), COMMISSIONER DERMOT SHEA, NYPD CHIEF
OF DEPARTMENT TERENCE MONAHAN, NYPD
ASSISTANT CHIEF KENNETH LEHR, NYPD LEGAL
BUREAU SERGEANT KENNETH RICE, NYPD OFFICER
KHALID KHACHFE, NYPD OFFICER FIRST NAME
UNKNOWN (FNU) DORCH, NYPD OFFICER RAUL FLORES,
NYPD DETECTIVE NELSON NIN and NYPD MEMBERS
JOHN AND JANE DOES # 1-94,

                                    Defendants.
------------------------------------------------------------------------x

Index No. # 811943/2021E

Law Dep't No.: 2021-001811

**CONSENT TO REMOVAL**

**Detective Nelson Nin**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:    New York, New York

           December 10, 2021

                                                                  **Detective Nelson Nin**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------x
SHELLYNE RODRIGUEZ, ALEXANDER NICULESCU and
DANIEL MAIURI,

Index No. # 811943/2021E

Plaintiffs,

Law Dep't No.: 2021-001811

- against -

**CONSENT TO REMOVAL**

THE CITY OF NEW YORK, NEW YORK CITY MAYOR BILL
DE BLASIO, NEW YORK CITY POLICE DEPARTMENT
(NYPD), COMMISSIONER DERMOT SHEA, NYPD CHIEF
OF DEPARTMENT TERENCE MONAHAN, NYPD
ASSISTANT CHIEF KENNETH LEHR, NYPD LEGAL
BUREAU SERGEANT KENNETH RICE, NYPD OFFICER
KHALID KHACHFE, NYPD OFFICER FIRST NAME
UNKNOWN (FNU) DORCH, NYPD OFFICER RAUL FLORES,
NYPD DETECTIVE NELSON NIN and NYPD MEMBERS
JOHN AND JANE DOES # 1-94,

Defendants.
---------------------------------------------------------------x

**Police Officer Fred Dorch**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated: New York, New York

December 9, 2021

**Police Officer Fred Dorch**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------x
SHELLYNE RODRIGUEZ, ALEXANDER NICULESCU and
DANIEL MAIURI,

Index No. # 811943/2021E

Plaintiffs,

Law Dep't No.: 2021-001811

- against -

**CONSENT TO REMOVAL**

THE CITY OF NEW YORK, NEW YORK CITY MAYOR BILL
DE BLASIO, NEW YORK CITY POLICE DEPARTMENT
(NYPD), COMMISSIONER DERMOT SHEA, NYPD CHIEF
OF DEPARTMENT TERENCE MONAHAN, NYPD
ASSISTANT CHIEF KENNETH LEHR, NYPD LEGAL
BUREAU SERGEANT KENNETH RICE, NYPD OFFICER
KHALID KHACHFE, NYPD OFFICER FIRST NAME
UNKNOWN (FNU) DORCH, NYPD OFFICER RAUL FLORES,
NYPD DETECTIVE NELSON NIN and NYPD MEMBERS
JOHN AND JANE DOES # 1-94,

Defendants.
-----------------------------------------------------------------x

**Officer Khaled Khachfe**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:     New York, New York

           December 13, 2021

                                                        _____
                                                        Officer Khaled Khachfe

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------x
SHELLYNE RODRIGUEZ, ALEXANDER NICULESCU and
DANIEL MAIURI,

Index No. # 811943/2021E

Plaintiffs,

Law Dep't No.: 2021-001811

- against -

**CONSENT TO REMOVAL**

THE CITY OF NEW YORK, NEW YORK CITY MAYOR BILL
DE BLASIO, NEW YORK CITY POLICE DEPARTMENT
(NYPD), COMMISSIONER DERMOT SHEA, NYPD CHIEF
OF DEPARTMENT TERENCE MONAHAN, NYPD
ASSISTANT CHIEF KENNETH LEHR, NYPD LEGAL
BUREAU SERGEANT KENNETH RICE, NYPD OFFICER
KHALID KHACHFE, NYPD OFFICER FIRST NAME
UNKNOWN (FNU) DORCH, NYPD OFFICER RAUL FLORES,
NYPD DETECTIVE NELSON NIN and NYPD MEMBERS
JOHN AND JANE DOES # 1-94,

Defendants.
------------------------------------------------------------------x

**Sergeant Kenneth Rice**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:   New York, New York

December 10, 2021

_____
**Sergeant Kenneth Rice**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------x
SHELLYNE RODRIGUEZ, ALEXANDER NICULESCU and
DANIEL MAIURI,

Index No. # 811943/2021E

Plaintiffs,

Law Dep't No.: 2021-001811

- against -

**CONSENT TO REMOVAL**

THE CITY OF NEW YORK, ET AL.,

Defendants.
------------------------------------------------------------------------x

**Assistant Chief Kenneth Lehr**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:   New York, New York

November 19, 2021

a.c. Kenneth Lehr
**Assistant Chief Kenneth Lehr**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------------x
SHELLYNE RODRIGUEZ, ALEXANDER NICULESCU and
DANIEL MAIURI,

                              Plaintiffs,

- against -

THE CITY OF NEW YORK, NEW YORK CITY MAYOR BILL
DE BLASIO, NEW YORK CITY POLICE DEPARTMENT
(NYPD), COMMISSIONER DERMOT SHEA, NYPD CHIEF
OF DEPARTMENT TERENCE MONAHAN, NYPD
ASSISTANT CHIEF KENNETH LEHR, NYPD LEGAL
BUREAU SERGEANT KENNETH RICE, NYPD OFFICER
KHALID KHACHFE, NYPD OFFICER FIRST NAME
UNKNOWN (FNU) DORCH, NYPD OFFICER RAUL FLORES,
NYPD DETECTIVE NELSON NIN and NYPD MEMBERS
JOHN AND JANE DOES # 1-94,

                              Defendants.
---------------------------------------------------------------------x

Index No. # 811943/2021E

Law Dep't No.: 2021-001811

**CONSENT TO REMOVAL**

**Terence Monahan**, hereby states:

1. I have been made aware that I am a named defendant in the above-captioned case.

2. I hereby consent to this case being removed to federal court.

3. By consenting to this removal, I do not waive any defense which may be available to me, including, but not limited to, my right to contest in personam jurisdiction or improper service of process.

Dated:    New York, New York

            December 10, 2021

                                                                                  **Terence Monahan**