UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHEILA RODRIGUEZ,

                Plaintiff,                21-cv-10815 (PKC)

   -against-                            <u>ORDER</u>

CITY OF NEW YORK, etc.,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

1. Discovery in this action shall be coordinated with discovery in <u>In re NY City Policing During Summer 2020 Demonstrations</u>, 20-cv-8924(CM) ("<u>Summer 2020</u>"), except to the extent ordered otherwise by Judge McMahon, Judge Gorenstein or this Court.

2. Defendants shall submit a Protective Order identical to the Order in <u>Summer 2020</u> *mutatis mutandis* within 5 days.

3. By April 1, 2022, defendants shall produce all documents produced to plaintiffs in <u>Summer 2020,</u> subject to the same confidentiality designations in <u>Summer 2020</u>. If and to the extent defendants produce documents in <u>Summer 2020</u> after April 1, 2022, they shall also be produced to plaintiffs in this action.

4. Except to the extent otherwise ordered by Judge McMahon or Judge Gorenstein, upon payment of transcript costs by plaintiffs, plaintiffs shall have access to transcripts of all depositions conducted in <u>Summer 2020,</u> subject to any confidentiality restrictions in <u>Summer 2020.</u>

5. Except to the extent otherwise ordered by Judge McMahon or Judge Gorenstein, plaintiffs' counsel may attend and participate in any "high level depositions" (as that term may be interpreted from time to time by Judge McMahon or Judge Gorenstein) conducted in Summer 2020. See Order of March 21, 2022 in Summer 2020.

6. All rulings on the scope of discovery in Summer 2020 shall apply with equal force to this action, except to the extent otherwise ordered by this Court.

7. All depositions in Summer 2020 (whether taken heretofore or hereafter) may be used in this action as if conducted in this action. No deposition of a witness or party conducted in Summer 2020 shall be conducted in this action without leave of this Court.

8. Plaintiffs' letter motion (Doc 12) is GRANTED to the extent that the action is removed from the Local Civil Rule 83.10 Plan.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 22, 2022

Copy to Judge McMahon
       Magistrate Judge Gorenstein