UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SHELLYNE RODRIGUEZ, ALEXANDER NICULESCU, and DANIEL MAIURI,

          Plaintiffs,

-against-

THE CITY OF NEW YORK; NEW YORK CITY MAYOR BILL DE BLASIO; NEW YORK POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD ASSISTANT CHIEF KENNETH LEHR; NYPD LEGAL BUREAU SERGEANT KENNETH RICE; NYPD OFFICER KHALID KHACHFE; NYPD OFFICER FIRST NAME UNKNOWN ("FNU") DORCH; NYPD OFFICER RAUL FLORES; NYPD DETECTIVE NELSON NIN; and NYPD MEMBERS JOHN AND JANE DOES #1-94,

          Defendants.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

21-CV-10815 (PKC)

**PLEASE TAKE NOTICE** that JENNIFER L. GOLTCHE, Senior Counsel, hereby appears as counsel for the City of New York, Mayor Bill de Blasio, Police Commissioner Dermot Shea, Chief of Police Terence Monahan, Assistant Chief Kenneth Lehr, Sergeant Kenneth Rice, Officer Khalid Khachfe, Detective Nelson Nin, and Officer Raul Flores. All papers and Electronic Case Filing notifications in this matter should henceforth be served on Jennifer L. Goltche at the address listed below and copied to ecf@law.nyc.gov.

Dated:  New York, New York
     September 15, 2022

              SYLVIA O. HINDS-RADIX
              Corporation Counsel of the City of New York
              *Attorney for Defendants*
              100 Church Street
              New York, New York 10007
              (212) 356-2469

            By:  *Jennifer Goltche*
              JENNIFER GOLTCHE

                                                  Senior Counsel  
                                                  Special Federal Litigation Division

cc:    **VIA ECF**  
        *All Counsel of Record*