

November 2, 2022

Honorable P. Kevin Castel, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

    Re:    <u>Rodriguez et al v. City of New York, et. al., 21-CV-10815 (PKC)</u>

Dear Judge Castel:

    I am co-counsel for Plaintiffs in the above-captioned matter. I write jointly with Defendants to ask that the Court adjourn the status conference currently scheduled for November 4, 2022. The parties are engaged in settlement discussions, and believe a settlement conference would be productive at this time. We therefore request a referral to the Magistrate Judge in this matter for the purposes of exploring settlement, and that the status conference be adjourned until after a settlement conference has taken place.

    Thank you for your attention to this matter.

    Respectfully submitted,

    /s/
    _____

Elena L. Cohen
    *Honorific/Pronouns: Ms., she/her/hers*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.