# COHEN & GREEN

November 2, 2022

Honorable P. Kevin Castel, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

   Re: Rodriguez et al v. City of New York, et. al., 21-CV-10815 (PKC)

Dear Judge Castel:

  I am co-counsel for Plaintiffs in the above-captioned matter. I write jointly with Defendants to ask that the Court adjourn the status conference currently scheduled for November 4, 2022. The parties are engaged in settlement discussions, and believe a settlement conference would be productive at this time. We therefore request a referral to the Magistrate Judge in this matter for the purposes of exploring settlement, and that the status conference be adjourned until after a settlement conference has taken place.

  Thank you for your attention to this matter.

*Discovery in this action is not stayed. The Court's order of March 22, 2022 remains in full force and effect. The November 4 conference is adjourned to January 20, 2023 at 12:00 p.m.*

Respectfully submitted,

/s/
_____
Elena L. Cohen
 *Honorific/Pronouns: Ms., she/her/hers*
COHEN&GREEN P.L.L.C.
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

SO ORDERED
/s/ ____, USDJ
11-2-22