UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHELLYNE RODRIGUEZ,

                      Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                      Defendant.
-------------------------------------------------------------------X

**21-CV-10815 (PKC)**

**ORDER SCHEDULING PRE-SETTLEMENT CONFERENCE CALL**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A pre-settlement conference call in this matter is hereby scheduled for **Tuesday, November 22, 2022** at **2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335**.

      SO ORDERED.

DATED:    New York, New York
              November 3, 2022

                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge