**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SHELLYNE RODRIGUEZ,

                                    Plaintiff,

                   -against-

CITY OF NEW YORK, *et al*,

                                    Defendants.
----------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED:__ 11/22/2022 __

**21-CV-10815 (PKC)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A settlement conference in this matter is scheduled for **Wednesday, January 25, 2023, at 2:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Figueredo's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **January 18, 2023.**

**SO ORDERED.**

DATED:        November 22, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge