UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SHELLYNE RODRIGUEZ, et al.,

                       Plaintiff,

      -against-

CITY OF NEW YORK, et al.

                       Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

21 Civ. 10815 (PKC)

      **PLEASE TAKE NOTICE** that **Omar J. Siddiqi, Esq.**, Senior Counsel, hereby appears as counsel of record on behalf of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant City of New York, Lehr, Rice, Khachfe, Flores, Nin, and Dorsch.

      **PLEASE ALSO TAKE NOTICE** that from this date forward, future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:  New York, New York
         January 4, 2022

                              **HON. SYLVIA O. HINDS-RADIX**
                              CORPORATION COUNSEL OF THE CITY OF NEW YORK
                              *Attorney for Defendants*
                              100 Church Street
                              New York, New York 10007
                              (212) 356-2345

                              By:          /s/
                                       Omar J. Siddiqi
                                       *Senior Counsel*
                                       Special Federal Litigation Division

cc:     All counsel of record (by ECF)