

February 21, 2023

Honorable Valerie Figueredo, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

Re:   <u>Rodriguez et al v. City of New York, et. al.</u>, 21-CV-10815 (PKC) (VF)

Dear Judge Figueredo:

I am co-counsel for Plaintiffs in the above-captioned matter. I write jointly with Defendants to update the Court as to the status of settlement discussions, per the Court's order (Dkt. No. 32). The parties have now spoken several times, and are making progress towards a possible settlement. We intend to continue those discussions this week.

Respectfully submitted,

/s/
_____
Elena L. Cohen
*Honorific/Pronouns: Ms., she/her/hers*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.