

# COHEN&GREEN

March 5, 2023

Honorable Valerie Figueredo, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

<u>By Electronic Filing.</u>

**Re:**   **<u>Rodriguez et al v. City of New York, et. al., 21-CV-10815 (PKC)(VF)</u>**

Dear Judge Figueredo:

I am co-counsel for Plaintiffs in the above-captioned matter. I write jointly with Defendants pursuant to Docket no. 34. The parties have been involved in productive settlement conversations, and would like to schedule a settlement conference in April if possible.

Thank you for your attention to this matter.

Respectfully submitted,

/s/
_____

Elena L. Cohen
*Honorific/Pronouns: Ms., she/her/hers*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.