**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
SHELLYNE RODRIGUEZ,

                          Plaintiff,

               -against-

CITY OF NEW YORK et al,

                        Defendants.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 3/6/2023

21-CV-10815 (PKC)

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A settlement conference in this matter is scheduled for **April 19, 2023 at 2:00 p.m.**

in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

Counsel and parties are required to follow the Court's COVID-safety protocols and should

review the Court's website in advance of the conferences for the most up to date

information. Corporate parties must send the person with decision making authority to settle

the matter to the conference. The parties are instructed to prepare pre-conference

submissions in accordance with the Judge Figueredo's Standing Order Applicable to

Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo).

Pre-conference submissions must be received by the Court no later than **April 12, 2023.** In

addition, the parties are directed to exchange an initial settlement demand/offer prior to the

conference. **SO ORDERED.**

DATED:       March 6, 2023

                             _____
                             VALERIE FIGUEREDO
                             United States Magistrate Judge