UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHELLYNE RODRIGUEZ,

                        Plaintiff,

        -against-

CITY OF NEW YORK et al,

                      Defendants.
-----------------------------------------------------------------X

21-CV-10815 (PKC)

**ORDER RE-SCHEDULING
SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The settlement conference in this matter previously scheduled for April 19, 2023 is hereby rescheduled for **Thursday, May 18, 2023 at 2:30 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo).  Pre-conference submissions must be received by the Court no later than **May 11, 2023**. In addition, the parties are directed to exchange an initial settlement demand/offer prior to the conference.

**SO ORDERED.**

DATED:     April 11, 2023

                                                        _____
                                                        VALERIE FIGUEREDO
                                                     United States Magistrate Judge