

April 20, 2023

Honorable Valerie Figueredo, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

Re:     **Rodriguez et al v. City of New York, et. al., 21-CV-10815 (PKC)(VF)**

Dear Judge Figueredo:

I am co-counsel for Plaintiffs in the above-captioned matter. I write again in regards to the settlement conference that was scheduled for May 18, 2023 (Dkt. 40), and then adjourned because of Plaintiff Alexander Niculescu's availability (Dkt. 43). The parties have conferred and would like to keep the May 18, 2023 date if that is still possible. Dr. Niculescu has been able to trade shifts and he can be available in person on May 18, 2023 at 2 pm (as can the rest of the Plaintiffs).

Thank you for your attention to this matter.

Respectfully submitted,

/s/
_____
Elena L. Cohen
   *Honorific/Pronouns: Ms., she/her/hers*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.