

April 20, 2023

Honorable Valerie Figueredo, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

    Re:    <u>Rodriguez et al v. City of New York, et. al.</u>, 21-CV-10815 (PKC)(VF)

Dear Judge Figueredo:

    I am co-counsel for Plaintiffs in the above-captioned matter. I write again in regards to the settlement conference that was scheduled for May 18, 2023 (Dkt. 40), and then adjourned because of Plaintiff Alexander Niculescu's availability (Dkt. 43). The parties have conferred and would like to keep the May 18, 2023 date if that is still possible. Dr. Niculescu has been able to trade shifts and he can be available in person on May 18, 2023 at 2 pm (as can the rest of the Plaintiffs).

    Thank you for your attention to this matter.

Respectfully submitted,

/s/
_____
Elena L. Cohen
    *Honorific/Pronouns: Ms., she/her/hers*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

SO ORDERED
/s/ Valerie Figueredo
VALERIE FIGUEREDO
United States Magistrate Judge
Dated: 4-21-2023

The settlement conference in this matter is rescheduled for **Thursday, May 18, 2023 at 2:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than May 11, 2023. In addition, the parties are directed to exchange an initial settlement demand/offer prior to the conference.