UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHELLYNE RODRIGUEZ et al.,

                Plaintiffs,

    -against-

CITY OF NEW YORK et al,

                Defendants.
-------------------------------------------------------------------X

21-CV-10815 (PKC)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/2023

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A continuation of the settlement conference in this matter held on May 18, 2023 is hereby scheduled for **Wednesday, July 5, 2023 at 2:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

    **SO ORDERED.**

DATED:    May 19, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge