

May 19, 2023

Honorable P. Kevin Castel, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

Re:   **Rodriguez et al v. City of New York, et. al., 21-CV-10815 (PKC)**

Dear Judge Castel:

 I am co-counsel for Plaintiffs in the above-captioned matter. I write pursuant to the Court's Individual Rule 3(B) as to discovery disputes. In compliance with Local Rule 37.2, we request an informal conference with the Court for a pre-motion discovery conference. The discovery dispute relates to the identification of several Doe defendants in this matter, which is information that Plaintiffs require to amend the operative pleading before an applicable statute of limitation may run on June 4, 2023.[1] I met and conferred today with counsel for Defendants, whose position is that they are working on the Doe identifications and anticipate having this information before June 4, 2023. As defense counsel is out of the country and on vacation next week, we request that the conference be held on May 30 or 31. The parties respectfully request that the conference be held remotely or by telephone.

 Thank you for your attention to this matter.

Respectfully submitted,

/s/
_____
Elena L. Cohen
 *Honorific/Pronouns: Ms., she/her/hers*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

---

[1] There is authority that the COVID-19 toll between March and November of 2020 is applicable to the 1983 claims in play here – *see Bell v Saunders,* 2022 US Dist. LEXIS 101994, at *13 (NDNY June 8, 2022).