UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHEILA RODRIGUEZ,

                Plaintiff,                21-cv-10815 (PKC)

   -against-                          ORDER

CITY OF NEW YORK, etc.,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Neither party has complied with the Court's Individual Practices at para 3B. The Court has received no information as to what precisely was requested by plaintiffs and when it was requested. Plaintiffs do report that the defendants have agreed to identify some Doe defendant(s) on the day the statute of limitations purportedly expires, June 4, 2023. Defendants have not bothered to respond to the letter within the four days set forth in para 3B.

        Plaintiff shall file on ECF by 5:00 p.m. on May 26 a letter complying with 3B. Defendants shall file a response on ECF by 4:00 p.m. on May 30. Counsel for the parties shall appear in Courtroom 11D on May 30 at 5:00 p.m. (at the conclusion of the Court's trial day). The defendants should be prepared to provide the requested information on a forthwith basis following the conference.

        SO ORDERED.

                                                    P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
       May 25, 2023