UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHEILA RODRIGUEZ,

                            Plaintiff,                21-cv-10815 (PKC)

      -against-                               ORDER


 CITY OF NEW YORK, etc.,

                        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.


       The conference scheduled for May 30, 2023, is adjourned to May 31, 2023, at

11:00 a.m.  The conference will proceed telephonically.  The dial-in information is as follows:

      Phone Number:     1-888-363-4749

      Access Code:      3667981

      The Clerk is directed to terminate the motions at ECF 47 and 49.



      SO ORDERED.

                                P. Kevin Castel
                           United States District Judge

Dated: New York, New York
       May 26, 2023