

July 28, 2023

Honorable P. Kevin Castel, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

Re:     <u>Rodriguez et al v. City of New York, et. al.,</u> 21-CV-10815 (PKC)

Dear Judge Castel:

I am co-counsel for Plaintiffs in the above-captioned matter. I write jointly with Defendants to request that the Court adjourned the status conference set for Monday, July 31, 2023. The parties are engaged in settlement discussions, and have a second settlement conference scheduled with Judge Figueredo on August 14, 2023. We respectfully request that the status conference be adjourned to after August 14, 2023.

Thank you for your attention to this matter.

Respectfully submitted,

/s/
_____
Elena L. Cohen
   *Honorific/Pronouns: Ms., she/her/hers*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Plaintiff*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Application GRANTED. Conference is adjourned from July 31, 2023, to September 6, 2023 at 10:30 a.m. The conference will proceed telephonically.
Dial-in No.: 1-888-363-4749. Access code: 3667981.
SO ORDERED.
Dated. 07/28/2023

P. Kevin Castel
United States District Judge