UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shellyne Rodriguez et al., <br><br>         Plaintiff, <br><br> -against- <br><br> City of New York et al., <br><br>         Defendants. | 21-CV-10815 (PKC) <br><br> MEDIATION REFERRAL ORDER |

VALERIE FIGUEREDO, United States Magistrate Judge:

  It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated: August 22, 2023
    New York, New York

                            VALERIE FIGUEREDO
                            United States Magistrate Judge