

September 5, 2023

Honorable P. Kevin Castel, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

       Re:     Rodriguez et al v. City of New York, et. al., 21-CV-10815 (PKC)

Dear Judge Castel:

     I am co-counsel for Plaintiffs in the above-captioned matter. I write jointly with Defendants to submit the attached proposed Notice, Consent and Reference of a Civil Action to a Magistrate Judge- here, the honorable Valerie Figuerdo. The standard order has been modified to note that the parties consent to have a United States magistrate judge conduct all proceedings in this case with the exception of trial, the entry of final judgment, and all post-trial proceeding. Given this referral to the Magistrate Judge, the parties request that tomorrow's status conference be adjourned.

     Thank you for your attention to this matter.

                                                    Respectfully submitted,

                                                       /s/
                                             _____
                                             Elena L. Cohen
                                                *Honorific/Pronouns: Ms., she/her/hers*
                                             **COHEN&GREEN P.L.L.C.**
                                             *Attorneys for Plaintiff*
                                             1639 Centre St., Suite 216
                                             Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.