```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHELLYNE RODRIGUEZ et al.,

                Plaintiffs,         21-CV-10815 (PKC)

    -against-              **ORDER SCHEDULING CONFERENCE**

CITY OF NEW YORK et al,

                Defendants.
------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    A conference call in this matter is hereby scheduled for **Monday, September 18 at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

        SO ORDERED.

DATED:    New York, New York
              September 8, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge