UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

SHELLYNE RODRIGUEZ et al.,            Index No. 21-CV-10815(PKC)

           Plaintiffs,

     -against-

CITY OF NEW YORK et al.,            **NOTICE OF APPEARANCE**

           Defendants.

---------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that **PETER SCUTERO**, hereby appears as counsel of record on behalf of Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants City of New York, Lehr, Rice, Khachfe, Flores, and Nin.

       **PLEASE TAKE FURTHER NOTICE** that from this date forward, future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:    New York, New York
           September 15, 2023

                                                    **HON. SYLVIA O. HINDS-RADIX**
                                                    CORPORATION COUNSEL OF THE
                                                    CITY OF NEW YORK
                                                    *Attorney for Defendants*
                                                    100 Church Street
                                                    New York, New York 10007
                                                    (212) 356-2410

                                                    By:     *Peter Scutero*   /s/
                                                                Peter Scutero
                                                                Senior Counsel
                                                                Special Federal Litigation Division

cc:     All Counsel of Record (Via ECF)