UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHELLYNE RODRIGUEZ et al.,

                              Plaintiffs,                       21-CV-10815 (PKC)

       -against-                                     **ORDER**

CITY OF NEW YORK et al,

                              Defendants.
------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        For the reasons stated at the conference held on September 18, 2023, Defendants' counsel are to identify the remaining Doe defendants by no later than **Monday, October 9, 2023**.

        The parties are directed to file a joint letter by **Wednesday, October 31, 2023,** providing the Court an update on the status of the case. The letter should detail the progress of discovery in the prior month, the anticipated next steps in the upcoming month, and any disputes that have arisen.

        Plaintiff is directed to file its Amended Complaint by no later than **Friday, November 3, 2023**.

        The deadline for fact discovery in this action is extended to no later than **Thursday, February 15, 2024.**

        **SO ORDERED.**

DATED:    New York, New York
                September 18, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge