UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

SHELLYNE RODRIGUEZ, ALEXANDER NICULESCU, AND DANIEL MAIURI

                                               Plaintiffs,

-against-

THE CITY OF NEW YORK; NEW YORK CITY MAYOR BILL DE BLASIO; NEW YORK POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD ASSISTANT CHIEF KENNETH LEHR; NYPD LEGAL BUREAU SERGEANT KENNETH RICE; NYPD OFFICER KHALID KHACHFE; NYPD OFFICER FIRST NAME UNKNOWN ("FNU") DORCH; NYPD OFFICER RAUL FLORES; NYPD DETECTIVE NELSON NIN; AND NYPD MEMBERS JOHN AND JANE DOES #1-94,

                                               Defendants

**STIPULATION AND ORDER OF DISMISSAL**

21 Civ. 10815 (PKC)

------------------------------------------------------------------------- x

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1. The above-referenced action is hereby dismissed with prejudice as to plaintiffs Maiuri and Niculescu; and

2.  Notwithstanding the dismissal of this action as to plaintiffs Maiuri and Niculescu in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       October 27 , 2023

| | |
|---|---|
| ELENA COHEN<br>*Attorney for Plaintiffs*<br>1639 Centre St. Suite 216<br>Ridgewood, NY 11385<br>(929) 888-9650 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendants*<br>100 Church Street, 4th Floor<br>New York, New York 10007 |
| By: *(signed)* _____<br>    Elena Cohen<br>    *Attorney for Plaintiffs* | By: *Peter Scutero* _____<br>    Peter J. Scutero<br>    *Senior Counsel* |

SO ORDERED:

_____
HON. HON PAUL K. CASTEL
UNITED STATES DISTRICT JUDGE

Dated: _____, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

SHELLYNE RODRIGUEZ, ALEXANDER NICULESCU, AND DANIEL MAIURI

                                 Plaintiffs,

-against-

THE CITY OF NEW YORK; NEW YORK CITY MAYOR BILL DE BLASIO; NEW YORK POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD ASSISTANT CHIEF KENNETH LEHR; NYPD LEGAL BUREAU SERGEANT KENNETH RICE; NYPD OFFICER KHALID KHACHFE; NYPD OFFICER FIRST NAME UNKNOWN ("FNU") DORCH; NYPD OFFICER RAUL FLORES; NYPD DETECTIVE NELSON NIN; AND NYPD MEMBERS JOHN AND JANE DOES #1-94,

                                   Defendants

**STIPULATION OF SETTLEMENT**

21 Civ. 10815 (PKC)

-------------------------------------------------------------------------x

**WHEREAS,** plaintiffs commenced this action by filing a complaint on or about December 16, 2021, alleging that the defendants violated plaintiffs Niculescu's and Maiuri's federal civil and state common law rights; and

**WHEREAS,** defendants City of New York, Defendants De Blasio, Shea, Monahan, Lehr, Rice, Khachfe, Dorch, Flores, and Nin, have denied any and all liability arising out of plaintiffs' Niculescu's and Maiuri's allegations; and

**WHEREAS,** the plaintiffs Niculescu's and Maiuri's and the Defendants now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

**WHEREAS,** plaintiffs Niculescu and Maiuri have authorized their counsel to settle this matter on the terms set forth below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed as to plaintiffs Maiuri and Niculescu against defendants, with prejudice, and without costs, expenses, or attorneys' fees except as specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff **Alexander Niculescu** the sum of **Forty Thousand ($40,000.00) Dollars**; plaintiff **Daniel Maiuri the sum of One Hundred and Ninety Five Thousand ($195,000.00)** Dollars; and **attorney Elena Cohen as counsel for plaintiffs the sum of Fifty-Five ($55,000.00) Dollars;** in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of these sums, plaintiffs Maiuri and Niculescu agree to dismissal of all the claims against the defendants and to release defendants Defendants De Blasio, Shea, Monahan, Lehr, Rice, Khachfe, Dorch, Flores, and Nin, their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiffs' civil rights and any and all related state law claims, from the beginning of the world to the date of the General Releases, including claims for costs, expenses, and attorneys' fees.

3. Plaintiffs Maiuri and Niculescu each shall execute and serve on the City of New York's attorney by legal tender (either by personal service or certified mail) at 100 Church Street, New York, New York 10007 all documents necessary to effect this settlement, including, without limitation, a General Release, based on the terms of paragraph "2" above, IRS Form W-9, and an Affidavit of Status of Liens. Prior to tendering the requisite documents to effect this

settlement, Medicare-recipient plaintiffs must obtain and submit a final demand letter from their Medicare provider(s) for the reimbursement of any conditional payments made for the injuries claimed in this matter.  A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

    4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiffs Maiuri's and Niculescu's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York.  This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

    5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

    6. Plaintiffs Maiuri and Niculescu agree to hold harmless defendants regarding any past and/or future Medicare claims, presently known or unknown, in connection with this matter.  If Medicare claims are not satisfied, defendants reserve the right to issue a multiparty settlement check naming the Medicare provider as a payee or to issue a check directly to the Medicare provider for the amount claimed in the Medicare provider's final demand letter.

    7. This Stipulation of Settlement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation of Settlement regarding the

subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:  New York, New York
            October 27, 2023

| | |
|---|---|
| ELENA COHEN<br>*Attorney for Plaintiffs Maiuri and Niculescu*<br>1639 Centre St. Suite 216<br>Ridgewood, NY 11385<br>(929) 888-9650<br><br>By: _/s/ Elena Cohen_____<br>     Elena Cohen<br>     *Attorney for Plaintiffs* | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendants Department*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _/s/ Peter Scutero_____<br>     Peter J. Scutero<br>     *Senior Counsel* |

4