UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------- X

SHELLYNE RODRIGUEZ, ALEXANDER NICULESCU,
AND DANIEL MAIURI

                                           Plaintiffs,

                    -against-

THE CITY OF NEW YORK; NEW YORK CITY MAYOR BILL
DE BLASIO; NEW YORK POLICE DEPARTMENT ("NYPD")
COMMISSIONER DERMOT SHEA; NYPD CHIEF OF
DEPARTMENT TERENCE MONAHAN; NYPD ASSISTANT
CHIEF KENNETH LEHR; NYPD LEGAL BUREAU SERGEANT
KENNETH RICE; NYPD OFFICER KHALID KHACHFE; NYPD
OFFICER FIRST NAME UNKNOWN ("FNU") DORCH; NYPD
OFFICER RAUL FLORES; NYPD DETECTIVE NELSON NIN;
AND NYPD MEMBERS JOHN AND JANE DOES #1-94,
                                      Defendants

--------------------------------------------------------------------------- X

**STIPULATION AND
ORDER OF DISMISSAL**

21 Civ. 10815 (PKC)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice as to plaintiffs Maiuri and Niculescu; and

2.      Notwithstanding the dismissal of this action as to plaintiffs Maiuri and Niculescu

in accordance with this agreement, the District Court shall continue to retain jurisdiction over

this action for the purpose of enforcing the terms of the settlement agreement reached between

the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.


Dated: New York, New York
            October 27 , 2023


ELENA COHEN
*Attorney for Plaintiffs*
1639 Centre St. Suite 216
Ridgewood, NY 11385
(929) 888-9650


By: _____
            Elena Cohen
            *Attorney for Plaintiffs*


HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
            City of New York
*Attorney for Defendants*
100 Church Street, 4th Floor
New York, New York 10007


By: _____
            Peter J. Scutero
            *Senior Counsel*


SO ORDERED:

_____
HON. HON PAUL K. CASTEL
UNITED STATES DISTRICT JUDGE

Dated: _____ , 2023


2