UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHELLYNE RODRIGUEZ et al.,

                         Plaintiffs,

           -against-

CITY OF NEW YORK et al,

                         Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 11/20/2023 __

21-CV-10815 (PKC)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    The parties are directed to provide an update on the status of discovery by **Friday, December 29, 2023**.

                  **SO ORDERED.**

DATED:     New York, New York
              November 20, 2023

                                    _____
                                      VALERIE FIGUEREDO
                                    United States Magistrate Judge