UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHELLYNE RODRIGUEZ,

                     Plaintiff,

      -against-

CITY OF NEW YORK et al,

                     Defendants.
------------------------------------------------------------------X

21-CV-10815 (PKC)

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference in this matter is scheduled for **Monday, February 26, 2024, at 2:30 p.m**. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

**SO ORDERED.**

DATED:     February 23, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge