```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SHELLYNE RODRIGUEZ,

                Plaintiff,

      -against-

CITY OF NEW YORK et al,

                Defendants.
----------------------------------------------------------------X

21-CV-10815 (PKC)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed at the conference on February 26, 2024, a conference is scheduled for **Thursday, March 14, 2024, at 4:00 p.m**. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      Plaintiff's counsel is directed to file their initial letter by **March 5, 2024**, and Defendants' counsel is directed to respond by **March 13, 2024, at 5:00 p.m.**

**SO ORDERED.**

DATED:    February 26, 2024

                                                   _____
                                                   VALERIE FIGUEREDO
                                                   United States Magistrate Judge