| | | |
|---|---|---|
| 1 | | from -- a number of them were from outside New York City. |
| 2 | | That's what I was referring to. |
| 3 | AIG. Sanchez: | Commissioner, to -- to your knowledge, is there any |
| 4 | | standardized guidance provided to officers as to how to |
| 5 | | understand the Intel that was being widely distributed within |
| 6 | | the department? |
| 7 | Comm. Shea: | Not sure I understand that question. |
| 8 | AIG. Sanchez: | Sure. A-- are -- are you aware of any -- any information or any |
| 9 | | advice provided to the officers, boots on the ground, to help |
| 10 | | them understand the intelligence that was being provided to |
| 11 | | them, that was flowing from intel to them? |
| 12 | Comm. Shea: | Sa-- same answer. There is a variety of ways that intelligence |
| 13 | | is disseminated. And that would include at muster points where |
| 14 | | people are turned out for their assignments for the day, in |
| 15 | | situations such as protests. So I think it can travel to them in |
| 16 | | all of those ways.. |
| 17 | AIG. Sanchez: | Commissioner, to your knowledge, was there any guidance to |
| 18 | | specifically address how members of the service were to |
| 19 | | interpret Intel they were receiving? |
| 20 | Comm. Shea: | To -- how to interpret it? We provide it. They're to, you know, |
| 21 | | take it in, and go forth accordingly. I -- I'm not really sure what |
| 22 | | you mean by that. |
| 23 | AIG. Sanchez: | Understood. Commissioner, what did the intelligence say |
| 24 | | about threats or risks -- risk to officers? |
| 25 | Comm. Shea: | What did the intelligence say? |