| 1 | | discussion. So I would rather not (unclear) curfews. |
|---|---|---|
| 2 | Mr. Sanchez: | And when -- when the department first heard about this, what was - |
| 3 | | - what was your position on it? |
| 4 | Chief Monahan: | At that point it -- it could help. If this is something that, you know, |
| 5 | | the amount of people that were running out on the street during the |
| 6 | | looting, instead of waiting for them to actually break through a store, |
| 7 | | because that is what we had to get away, if you caught them within |
| 8 | | the stores or coming out of the stores, you were able to at least get |
| 9 | | them off the street and they knew it that once that 11 o'clock curfew |
| 10 | | came, that night that ended the looting that night.  It was -- it was |
| 11 | | crazy, running around, but once we were able to implement the |
| 12 | | curfew, then start making arrests after 11, we were able to stop the |
| 13 | | looting. |
| 14 | Mr. Sanchez: | Chief, how did the department pass down this curfew-related |
| 15 | | directives or that information to the members of services? |
| 16 | Chief Monahan: | We told everyone -- so, again, we went to the field forces 'cause at |
| 17 | | that point we had the field forces out and the field forces turned out |
| 18 | | of ▮▮▮▮▮▮▮ So we had all of the cops called into one location |
| 19 | | and we were able to instruct them before they turned out, let them |
| 20 | | know that this is the rules tonight, that there was a curfew in effect |
| 21 | | at 11 o'clock.  At 11 o'clock on the field, all the field commanders |
| 22 | | were telling people that were out there, the other supervisors, 11 |
| 23 | | o'clock, you can start making arrests for curfew, you can start |
| 24 | | making curfew arrests.  People had been making numerous arrests |
| 25 | | as well that day on  -- on the burglaries.  This was what day -- my |

| 1 | | I'm not sure. |
|---|---|---|
| 2 | Mr. Brunsden: | Okay. Thank you. And then one more question about something |
| 3 | | you mentioned. I think on the first night of the curfew, you |
| 4 | | mentioned that Field Forces may have had a meeting with further |
| 5 | | instructions about the curfew possibly on ██████ ██████ is that |
| 6 | | correct? |
| 7 | Chief Monahan: | Yeah, actually the Field Forces were all turning out of ██████ |
| 8 | | ██████ as of Sunday, so when they were able to have a large roll call |
| 9 | | where everyone could be instructed as to what was going on that |
| 10 | | night, and the idea of a curfew could be given to all the cops that |
| 11 | | were working. |
| 12 | Mr. Brunsden: | Okay. And -- and did that meeting happen each night from that point |
| 13 | | forward? |
| 14 | Chief Monahan: | Yes. Well, not -- it wasn't a meeting, it was a roll call. So (unclear) |
| 15 | | where they turned out -- |
| 16 | Mr. Brunsden: | I'm sorry. |
| 17 | Chief Monahan: | -- it was a turn-out location for all the Field Forces was ██████ |
| 18 | | ██████ Staggered times for each team, for each, you know, group |
| 19 | | and there would be a roll call and there'd be roll call instructions |
| 20 | | given whatever was going on. |
| 21 | Mr. Brunsden: | Okay. And were you in attendance at those roll calls? |
| 22 | Chief Monahan: | No, I was not. |
| 23 | Mr. Brunsden: | Okay. Do -- do you know who would have been in attendance at |
| 24 | | those roll calls or -- or if there was sort of one or two or some |
| 25 | | collection of -- of commanding officers who may have been -- |

- 32 -