Page 143

1           A. RAGANELLA
2       A.  Critical response vehicle.
3       Q.  So, is that the high value vehicle
4   that we've discussed before as one of the
5   four main modules of disorder control
6   training?
7       A.  No, critical response vehicle was
8   kind of like, it was a deployment that was
9   done by the counter-terrorism bureau. Where
10  they would take patrol officers from each
11  of the, at the time 76 precinct, bring them
12  together into a location, usually in
13  Manhattan. And then deploy them for high
14  visibility, counter terrorism deployments.
15      Q.  Okay. So, what does this document
16  represent?
17      A.  So, this is a running total of the
18  training that we did with the patrol bureau
19  task forces in conjunction with we would go
20  to CRV deployments. Prior to the officers
21  being turned out by the counter-terrorism
22  bureau, we were allotted time upfront to do
23  training with patrol services bureau,
24  members of the service that were there in
25  crowd management and crowd control.