UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHELLYNE RODRIGUEZ,

                         Plaintiff,                    21-CV-10815 (PKC)

       -against-                          **ORDER**

CITY OF NEW YORK et al,

                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The conference currently scheduled for Thursday, March 14, 2024, at 4:00 p.m. is **rescheduled to Wednesday, March 20, 2024, at 3:00 p.m.**

      Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the newly scheduled time. **Please dial (888) 808-6929; access code [9781335].**

      **SO ORDERED.**

DATED:     March 14, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge