UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHELLYNE RODRIGUEZ,

                    Plaintiff,              21-CV-10815 (PKC)

    -against-                             **ORDER**

CITY OF NEW YORK et al,

                    Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

For the reasons discussed at the conference on March 20, 2024, the issued raised at ECF Nos. 79 and 80 are resolved. The Clerk of Court is respectfully directed to terminate those motions.

**SO ORDERED.**

DATED:    March 21, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge