UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------:

IN RE NEW YORK POLICING DURING: Case No.: 20-cv-08924

SUMMER 2020 DEMONSTRATIONS     :

                               : New York, New York

                               : April 19, 2023

------------------------------: CONFERENCE


PROCEEDINGS BEFORE

THE HONORABLE GABRIEL W. GORENSTEIN

UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

| | |
|---|---|
| For People of<br>The State of NY | NYS OFFICE OF THE ATTORNEY GENERAL<br>BY: LILLIAN M. MARQUEZ,ESQ.<br>28 Liberty Street<br>New York, New York 10005 |
| For Plf Gray: | WYLIE STECKLOW PLLC<br>BY: WYLIE M. STECKLOW, ESQ.<br>152 W. 57th Street<br>Suite 8th Floor<br>New York, New York 10019 |
| For Julian<br>Phillips | NY CIVIL LIBERTIES UNION<br>BY: VERONICA SALAMA, ESQ.<br>125 Broad Street<br>19th Floor<br>New York, New York 10004 |

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service

APPEARANCES (Continued)

```
For Keith                THE ABOUSHI LAW FIRM
Clingman:                BY: TAHANIE AHAMD ABOUSHI, ESQ.
                         1441 Broadway - Suite 5036
                         New York, NY 10007


For Plf Sow              COHEN & GREEN P.L.L.C.
                         By: REMY GREEN, ESQ.
                         1639 Centre Street
                         Suite 216
                         Ridgewood, New York 11385


For City of NY           NEW YORK CITY LAW DEPARTMENT
                         BY: JOSEPH M. HIRAOKA, Jr, ESQ.
                             JENNY SUE-YA WENG, ESQ.
                             GENEVIEVE NELSON, ESQ.
                         100 Church Street
                         New York, New York 10007

                         NEW YORK CITY POLICE DEPARTMENT
                         BY:  BRIDGET FITZPATRICK, ESQ.
                         One Police Plaza
                         New York, New York 10038
```

```
 1              THE COURT:  In the matter of In Re:  New
 2    York Policing During Summer 2020 Demonstrations,
 3    Docket Number 20-cv-8924, starting with plaintiffs'
 4    counsel.  Will the attorneys please state your name
 5    for the record?
 6              MS. MARQUEZ:  Good afternoon, Your Honor.
 7    This is Lillian Marquez, counsel for the people of
 8    the State of New York.
 9              MR. STECKLOW:  Good afternoon, Your Honor,
10    Wylie Stecklow for the plaintiffs in the Gray v.
11    City of New York matter.
12              MS. SALAMA:  Good afternoon, Your Honor,
13    Veronica Salama (inaudible).  I'm from the New York
14    Civil Liberties Union on behalf of the Phillips
15    Plaintiff.
16              MR. ABOUSHI:  Good afternoon, Your Honor,
17    Ahmad Aboushi on behalf of the Roland plaintiffs.
18              MX. GREEN:  And good afternoon.  This is
19    Remy Green on behalf of the Sow plaintiffs.  For the
20    reporter, I should appear in the transcript as MX
21    Green, spelled MX period, rather than Mr. or Ms.
22    And that's all on the plaintiffs' side.
23              THE COURT:  And for defendants.
24              MR. HIRAOKA:  This is Joseph Hiraoka,
25    H-I-R-A-O-K-A for the New York City Law Department.
```

```
 1              MS. NELSON:  Genevieve Nelson, also from
 2      the New York City Law Department.  Good afternoon.
 3              MS. WENG:  Jenny Weng, also from the New
 4      York City Law Department.  Good afternoon, Your
 5      Honor.
 6              MS. FITZPATRICK:  Bridget Fitzpatrick from
 7      the New York City Police Department.  Good
 8      afternoon.
 9              THE COURT:  Okay.  Thank you, everyone.
10      Sorry for the delay.  We had a very unusual
11      technical problem with our public line, but I
12      understand it's working now.  So we -- just so the
13      record is clear we put up a new dial-in number.
14              And obviously we're going to have a
15      transcript available in case, as I'm sure will be
16      ordered.  Obviously any rebroadcast of this
17      proceeding is strictly prohibited by court rule or
18      any other dissemination.
19              We're here today based on a letter docket
20      924, and I have a responsive letter 939.  I think I
21      need -- we need to do this sort of in two parts.  I
22      know it's a long and complicated process to get
23      where we are but -- and maybe Mr. Hiraoka can cut it
24      short, but it seems like there is a dispute about
25      whether even if there was apparently an agreement by
```

1    the City that they had produced the individuals on

2    Exhibits A and B, I think they're disputing that

3    they were obligated to produce it.

4          But maybe you can clear -- I'm just -- I'm

5    trying to figure out if that's what the City's

6    position is on this.  Because if they're disputing

7    that, then I'm going to have to figure that out.

8    And if they're not disputing it, then we can cut

9    some of it short, I think.

10          MR. HIRAOKA:  Right, Your Honor.  Well,

11    just briefly, with respect to the procedure of this

12    case, this issue really came up when the plaintiffs

13    had demanded the -- certain IAB files for an Officer

14    Fiorenza.

15          And they had said that we were required to

16    produce those files pursuant to the order at ECF839.

17    And at ECF839 that was an order that required us to

18    produce certain IAB files that were located, that

19    were related to these things called ArcGIS Maps that

20    the plaintiffs' attorneys had provided.

21          Now, when we got that order, the attorney

22    who that email was directed to informed the

23    plaintiffs that we were not obligated to produce

24    those two files for Officer Fiorenza pursuant to

25    that ECF order.  But we will be producing those

```
1   files.  All right.  And we were able to produce
2   portions of those files before --
3          THE COURT:  I think -- Mr. Hiraoka, I think
4   we're not answering this the way I wanted to.  I
5   think it's better -- I think you are disputing it.
6   So I think it's better if I -- if I -- I mean, the
7   -- the plaintiffs say that all of -- none of this
8   matters.  You were supposed to produce all of the
9   IAB files for the individuals listed in Exhibit A
10  and B.  So I just need a yes or no.  Do you --
11         MR. HIRAOKA:  Yes.
12         THE COURT:  -- agree that's the case?
13         MR. HIRAOKA:  Yes.  And we -- and we --
14         THE COURT:  And on what date -- hold on.
15  Hold on.  Mr. Hiraoka, you got to answer my
16  questions.  Don't answer a question I haven't asked.
17  At what point did you have that obligation?  What
18  date?
19         MR. HIRAOKA:  I can't specify the exact
20  date, Your Honor, but I know that there was a point
21  in time, sometime in 2021, where we were ordered to
22  produce the IAB files for the individuals listed on
23  Exhibits A and B.
24         THE COURT:  Okay.  2021 is far earlier than
25  I expected.  I would have taken 2022.  Okay.  So
```

1    sometime before this year you were obligated to

2    produce all the people in A and B.

3            So now turning to Ms. Marquez.  It seemed

4    like a lot of your letter was addressing the

5    question of whether they were, in fact, obligated.

6    So it seems like we've made a good deal of progress

7    in terms of clearing out that underbrush.  Am I

8    missing something?

9            MS. MARQUEZ:  No, Your Honor.  That was a

10   hurdle we had to overcome in the meet and confer, it

11   seems.  But, yes, I think Exhibit A and B is one

12   portion of the iceberg in --

13           THE COURT:  Okay.  So -- right.  Maybe --

14           MS. MARQUEZ:  Yes.

15           THE COURT:  -- we -- maybe I'm not

16   understanding everything.  So I could tell that

17   Exhibit A and B was a big deal.  Are there -- what

18   else -- and if I need to do it today, then I'm going

19   to have to figure this out.  But I wasn't able to

20   figure it out from the letters.

21           What else -- what other requests or

22   whatever do we need to figure out, the City was

23   obligated to produce IAB files under and what date

24   was that, and is that being disputed?  So I'm going

25   to ask Ms. Marquez for you to address that.

```
 1              MS. MARQUEZ:  Sure.  And apologies, it
 2     wasn't too clear.  And I think A and B became the
 3     focus point because of these -- how the Dim and
 4     Fiorenza files were sort of the opening in terms of
 5     insight that this is not a complete production.
 6              So the three buckets or maybe RFPs, that
 7     pertain to IAB files -- and when I say IAB files, I
 8     mean, just near NYPD's internal investigation
 9     files -- the first request was the broadest.  It was
10     from our consolidated requests back in March.  I
11     think it was 2021.  And then a separate, largely
12     overlapping request that came from the People's own
13     follow-up request when we were not getting files
14     pertaining to our witnesses.  Again in 2021 --
15              THE COURT:  Okay.  Unfortunately, I'm going
16     to have to do this by looking at these things one by
17     one.  Because I gather it's relevant as to who
18     precisely they were supposed to produce IAB files.
19     So in your -- you referred to, you know, one of your
20     original requests I guess from 2021 as the start of
21     all this?
22              MS. MARQUEZ:  Right.  So those were -- so
23     in our -- in ECF924 letter we referenced requests
24     14, 15, 16, and 17.  And if we were to focus on
25     that, even to Your Honor's earlier point, it really
```

1    doesn't matter in terms of individuals they pertain

2    to.  Because it really -- it just asks for all

3    protest-related investigations.

4              THE COURT:  Right.  So I'm trying to figure

5    out because it's important to you for your relief

6    you're requesting.  I mean, there's two ways to do

7    this.  One is to just solve the problem, and the

8    other is to deal with your, you know, sanctions

9    request.  To deal with your sanctions request, I

10   have to put all this together.  So 14, 15, 16, 17,

11   does not contain a list of names, right?

12             MS. MARQUEZ:  Correct.

13             THE COURT:  Okay.  So the theory was, and I

14   don't recall the wording offhand.  I know it's

15   referred to in your letter.  Is it appended to your

16   letter?  I need to look at 193 in order to get to

17   it.

18             MS. MARQUEZ:  I apologize.  Yes.  It'd be

19   193, and I'm pulling it up now, 193-1.

20             THE COURT:  Okay.  Hold on.  Okay.  I have

21   193-1.  I'm going to 14.  Right.  So you're just

22   talking about incidents at the protest locations.

23   That's what we're talking about.

24             MS. MARQUEZ:  Yes.

25             THE COURT:  Okay.  So do you feel this

1    covers the entire universe?

2              MS. MARQUEZ:  Yes, it should - -

3              THE COURT:  I know -- I know we're going to

4    get to some subsequent history.  But does this cover

5    the entire universe, Exhibit A, Exhibit B, as it

6    were, at least those incidents --

7              MS. MARQUEZ:  Yes.

8              THE COURT:  -- plus some other things?

9    Okay.

10             MS. MARQUEZ:  Yes.  Yes.

11             THE COURT:  All right.  So and this is --

12   let's just look at the date on this.

13             MS. MARQUEZ:  I guess the only thing I'll

14   add --

15             THE COURT:  March 25th.

16             MS. MARQUEZ:  Yes.

17             THE COURT:  Yep.  Go ahead.

18             MS. MARQUEZ:  Yes.  And the only thing I'll

19   add is really the request subsequent to this.

20   Perhaps refer -- again referred to individuals but

21   also was more precise in the documents that we were

22   asking for.  Because as we've learned throughout the

23   case specific documents, we added those to the

24   request.  That is more specific as we go to the, you

25   know, future RFPs.  That's the only distinction.

1    But this should be the universe of --

2              THE COURT:  Okay.

3              MS. MARQUEZ:  -- files.

4              THE COURT:  So this is sort of universe of

5    all incidents at the protest?

6              MS. MARQUEZ:  Yes.

7              THE COURT:  All right.  And then -- and --

8    but what -- the word you use that covers IAB reports

9    is the discipline or something or investigation or

10   under investigation by the IAB?  Yeah.  Okay.

11             MS. MARQUEZ:  Yes.  I'm trying to --

12             THE COURT:  14 is the IAB one.

13             MS. MARQUEZ:  Yes.  And then I think the

14   other ones are just different aspects.  So if any

15   officer is under investigation are receiving

16   discipline for misconduct, that would kind of be

17   overlapping as well, if you look at 17, for

18   instance.

19             THE COURT:  Recommended to receive

20   discipline.  Yeah.

21             MS. MARQUEZ:  So that should capture the

22   investigations, too.  Because that would be the

23   preliminary part of the disciplinary proceeding --

24   you know, process.

25             THE COURT:  Right.  Well, if we're going to

```
1    get technical, I'm not sure if someone has not
2    received discipline or recommended to receive
3    discipline, whether it comes within this request.
4            MS. MARQUEZ:  Understood.  It would --
5    yeah.  That would be for those who -- for instance,
6    we have another separate order for department
7    advocate office records, but that would be this
8    universe.
9            THE COURT:  But, I mean, 14, it seems
10   broader anyway.
11           MS. MARQUEZ:  Right.  So I'm just -- I'm
12   trying to locate everywhere in these various
13   requests 14, 15 --
14           THE COURT:  Right.
15           MS. MARQUEZ:  -- 16, 17 --
16           THE COURT:  Okay.  So --
17           MS. MARQUEZ:  -- that could touch on IAB
18   records.
19           THE COURT:  -- 14 in your view covers
20   everything you're looking for right now?
21           MS. MARQUEZ:  Yes.
22           THE COURT:  Okay.  Let's just keep going
23   just in case it comes up and tell me what further
24   requests cover, if there are any, that cover what
25   we're talking about.
```

```
 1              MS. MARQUEZ:  So we also asked for IAB

 2     records in our December request, and I believe I

 3     appended that as Exhibit A.  And, again, this was

 4     because we were not receiving any specific documents

 5     regarding the AG's case, the witnesses we had.  And

 6     then again we propounded requests in August where --

 7     and that's where the Exhibits A and B come in.

 8              THE COURT:  Okay.  So Exhibits A and B in

 9     your view are -- well, I'm not sure what B is.  But

10     Exhibit A is a formal request, and it lists specific

11     people, and it asks for their IAB files.

12              MS. MARQUEZ:  Correct.

13              THE COURT:  What made you pick out those

14     people?

15              MS. MARQUEZ:  Because those are the ones

16     we've been able to identify with respect to the

17     witnesses who we identify in our amended complaint.

18              THE COURT:  Okay.  And the list of names

19     are officers or victims or alleged victims?

20              MS. MARQUEZ:  I believe those were officers

21     and then --

22              THE COURT:  Officers.  Okay.

23              MS. MARQUEZ:  I'm just double-checking.  So

24     -- excuse me, Exhibit A is the list of officers who

25     are subject to generally to discipline relating to
```

```
 1    protest cases that were being brought by the CCRB.

 2    And B is the one that pertains to the officers who

 3    we were able to identify as having some role in

 4    incidents with our witnesses.

 5              THE COURT:  Well, I mean, Request 17 in

 6    Exhibit A refers to the IAB, not the CCRB.

 7              MS. MARQUEZ:  I'm sorry.  I've moved onto

 8    the August 2022 RFP that -- and that's Exhibit A and

 9    B that we have been referring to at the top of the

10    call.

11              THE COURT:  Okay.  Hold on.  Hold on.  Hold

12    on.  Are there two Exhibits A and B?  Is that my

13    problem?

14              MS. MARQUEZ:  I'm sorry.  I'm confusing

15    you.  There is an Exhibit A to the filing in the

16    ECF, but then there's an Exhibit A and B that we've

17    referenced as part of our third supplemental

18    request.  And so my apologies if I was --

19              THE COURT:  Okay.  I think --

20              MS. MARQUEZ:  -- misunderstanding which --

21              THE COURT:  Because I think I may have

22    conflated Exhibits A and B, not been understanding.

23    We --

24              MS. MARQUEZ:  Okay.

25              THE COURT:  -- we don't have to go back all
```

```
1    the way to March of 2021, but we have to talk

2    about --

3              MS. MARQUEZ:  Okay.

4              THE COURT:  -- what the next thing is and

5    make sure I'm looking at the right things.

6              MS. MARQUEZ:  Okay.  So in terms of --

7              THE COURT:  Tell me what to look at.

8              MS. MARQUEZ:  -- in terms of what I've

9    appended to the 924, so if you're looking at 924-1,

10   I guess is what you --

11             THE COURT:  Yes.  Yes.

12             MS. MARQUEZ:  -- were trying to -- were

13   referring to.  I believe that was our second or --

14   or the People's supplemental for supplemental

15   requests.  Is that -- is that what you have --

16             THE COURT:  Okay.  That -- that --

17             MS. MARQUEZ:  -- in front of you?

18             THE COURT:  And that's -- and that's dated

19   in December.

20             MS. MARQUEZ:  Correct, yes.

21             THE COURT:  All right.  Of 2021?

22             MS. MARQUEZ:  Yes.

23             THE COURT:  And that contains a number of

24   names in 17, for example, where we're looking for

25   IAB files of these people.
```

1          MS. MARQUEZ:  Right.  And the -- what

2     happened there was after we thought that there was

3     incomplete production, we had a conferral process.

4     Counsel suggested that we had not sufficiently asked

5     for IAB files for entire incidents wherein an

6     officer could not be identified.

7          So, in other words, they said that they had

8     limitations to their search criteria, and because we

9     had not sufficiently broadly worded our requests,

10    they did not search for all IAB files pertaining to

11    those incidents.  And so to avoid confusion and to

12    try to get these files, we propounded yet another

13    set of file -- of requests.

14         THE COURT:  Which is the December 2021

15    request?

16         MS. MARQUEZ:  Sorry, no.  Which is the

17    third supplemental request.

18         THE COURT:  Okay.  Sorry.  You lost me

19    again.

20         MS. MARQUEZ:  Okay.

21         THE COURT:  I thought we were still talking

22    about the December 2021 one.  So you can explain to

23    me why -- what made you do that and who those people

24    are.

25         MS. MARQUEZ:  Right.  Okay.  Sorry.  So the

```
 1    December 2021 was because we didn't get anything
 2    regarding our witnesses.  And so for instance -- let
 3    me try to find a for instance for you.  Quafner
 4    Benwaur (phonetic) in request number 17 so it --
 5    the -- I'm referring to 924-1.
 6              THE COURT:  Yes.
 7              MS. MARQUEZ:  Okay.  Quafner Benwaur, We
 8    did not receive anything regarding him, yet we had a
 9    -- we had a number known about him.  Ms. Lillevoy,
10    we didn't receive anything about.  And so we tried
11    to be as precise --
12              THE COURT:  These are -- these are alleged
13    victims, right?
14              MS. MARQUEZ:  Correct.  That's for 17.  So
15    we just -- we just tried to draw attention to -- you
16    know, defendant's attention to the fact that we were
17    being sort of treated apart.  They were only
18    producing --
19              THE COURT:  Wait, treated apart?  I'm
20    sorry.  Why --
21              MS. MARQUEZ:  They were only producing --
22    they were only producing files that related to named
23    defendants or named plaintiffs.  And since our case,
24    of course, is representing the People of the State
25    of New York, we didn't have specific plaintiffs
```

```
 1    other than The People.
 2            And so we drafted these December requests
 3    to list out.  Although they were, you know, named by
 4    name in our amended complaint to precisely ask for
 5    these documents all the while explaining that we
 6    understood -- this had been already asked for in the
 7    original requests, the consolidated requests, but --
 8            THE COURT:  Right.
 9            MS. MARQUEZ:  -- to just move everything
10    along.
11            THE COURT:  Right.
12            MS. MARQUEZ:  You know, we tried to --
13            THE COURT:  Okay.  Okay.
14            MS. MARQUEZ:  -- force the issue,
15    essentially, with these --
16            HE COURT:  Okay.
17            MS. MARQUEZ:  -- December requests.
18            THE COURT:  All right.  So continuing on
19    the theme of me asking you to point to each request
20    that encompasses what you're seeking today, that's
21    the second thing after the March 2021 one --
22            MS. MARQUEZ:  Yes.
23            HE COURT:  -- exhibit -- you know, one -- I
24    believe -- I think it was 913-1.  And now we have
25    924-1.
```

```
 1                    MS. MARQUEZ:  Yeas.
 2                    HE COURT:  So should we now go forward to
 3    the next thing?
 4                    MS. MARQUEZ:  And so the next thing is the
 5    third --
 6                    THE COURT:  I'm sorry.  By the way I
 7    misspoke.  It's not 913.  It's 193-1.  Okay.  So
 8    we're going to go to the next thing.
 9                    MS. MARQUEZ:  Okay.  And so you have -- so
10    from that 924-1, you already saw the request 17, 18.
11    And so the next -- so as I mentioned briefly, there
12    is a conferral process.  They wanted us to
13    re-propound the request that we thought we had
14    already done now two times, and we did it a third
15    time in August.  And so those are the -- that's the
16    third supplemental request that I was talking
17    about --
18                    THE COURT:  Okay.  Tell me where to find
19    it.
20                    MS. MARQUEZ:  And that's ECF814-1.
21                    THE COURT:  Okay.  I have 814 in front of
22    me, 814-1, which happens to be an Exhibit A, and
23    that is dated August 19th, 2022.  Okay.  So this
24    has, you know, a list of names, but it also has a
25    general request in request one.
```

1          MS. MARQUEZ:  Yes.  I'm just trying to go

2     up to it.  Yes.

3          THE COURT:  Except that's not IAB.

4          MS. MARQUEZ:  Sorry.  That is -- it's going

5     to be request two.

6          THE COURT:  Request two.  Okay.  Request

7     two is generic.  And is request three a subset or --

8     or what is request -- well, request three is not

9     IAB.  So it's really request two.

10          MS. MARQUEZ:  Actually request -- so IAB

11     being part of NYPD would fall under request three as

12     well.  And so the request three was supposed to

13     capture sort of one of the issues that was raised by

14     counsel in prior conferrals saying, we can't search

15     for officers whose name we do not know.  And so the

16     aim of this was to be able to search locations.  And

17     so request three was trying to cover that base.

18          THE COURT:  Okay.  But request three is

19     names or not?  I'm not following you.  Just give me

20     that again.

21          MS. MARQUEZ:  Sure.  So the objection by

22     counsel to the -- that second layer of request in

23     December was that we were asking about -- we didn't

24     sufficiently ask for IAB records that pertain to

25     locations, where we maybe had the victim's name but

```
1    not an officer-involved name.  And so --

2              THE COURT:  Okay.

3              MS. MARQUEZ:  -- this request three

4    specifically asked for them to look for anything

5    that came from a certain location, and we added the

6    names of the victims as well just for context.

7              THE COURT:  You have a location and a date

8    it looks like.

9              MS. MARQUEZ:  A location date and like --

10   so for request 3A Luke Hanna (phonetic) was a victim

11   at that location and date.

12             THE COURT:  Okay.

13             MS. MARQUEZ:  And so we were try -- you

14   know, we kept trying to bend over backwards to ask

15   it in every which way we could to get at these

16   files.

17             THE COURT:  Right.  Okay.  Are we kind of

18   -- is this the end of the written request or is

19   there more?

20             MS. MARQUEZ:  No.  That's it.

21             THE COURT:  That's it.  So when we've been

22   talking about Exhibit A and B, what are you -- what

23   have you been referring to?

24             MS. MARQUEZ:  It's -- is the one where we

25   specifically reference --
```

```
 1              THE COURT:  No, no.  But give me -- give me
 2     an actual docket number page so I know --
 3              MS. MARQUEZ:  Yes.  So it's 814-1, the one
 4     we've just been focusing on right now and --
 5              THE COURT:  It's Exhibit A?
 6              MS. MARQUEZ:  Correct.  Exhibit A.  So
 7     there's an Exhibit A and B to those requests.  So if
 8     you scroll down to pages --
 9              THE COURT:  I see.  It's the Exhibit A --
10              MS. MARQUEZ:  -- 19 -- yes.  I apologize
11     for -- yeah.
12              THE COURT:  That's okay.  So that's the
13     Amended Schedule A.  Is that what we're talking
14     about?  You're calling it Exhibit A?  Is it Amended
15     Schedule A or something else?  Oh, no.  There's an
16     Exhibit A after that.  No.  Exhibit A is something
17     completely different.
18              MS. MARQUEZ:  I'll just refer to it as the
19     CCRB Data Snapshot, and that has a list of officers
20     that were at that time recommended for certain
21     disciplinary action.  So we have --
22              THE COURT:  So did you compile this or did
23     they compile --
24              MS. MARQUEZ:  That's them.  That's the
25     CCRB.  And the one that I compiled is the following
```

```
 1   exhibit that simply has -- yes.  And that's page 26
 2   on Docket Number 814-1, where it has the officer
 3   name and tax ID.
 4            THE COURT:  Okay.  Hold on a second.  Hold
 5   on a second.
 6            MS. MARQUEZ:  Yes.
 7            THE COURT:  Okay.  I think I was very
 8   thrown off by the exhibits.  Okay.  So you've
 9   annexed what we're now calling Exhibit A and B,
10   pages 19 through 27 of 814.  You annexed that to
11   your document request of August 19th, 2022; is that
12   right?
13            MS. MARQUEZ:  Correct.  And so some of
14   those requests for the IAB logs referenced the
15   officers who were listed here just for --
16            THE COURT:  Okay.
17            MS. MARQUEZ:  -- not only do we want it for
18   these specific people, but we want it for all.
19            THE COURT:  Right.  Okay.  So -- all right.
20   Any more written requests?
21            MS. MARQUEZ:  That's it.
22            THE COURT:  Okay.  So bringing -- and I'm
23   going to hear obviously from others, but other than
24   looking through the names listed in what we're now
25   calling Exhibit A and B, which is Docket 814, pages
```

1  19 through 27, what is it you feel that they should

2  have done, other than looking through those names?

3       MS. MARQUEZ:  And I just want to make clear

4  that for the meet and confers in our request for

5  audit, I took a step back, and just on behalf of all

6  the cases I -- we were trying to assert that it's

7  not just the People's supplemental requests that

8  were at issue but also these first general requests

9  for protest-related investigations.

10       And so the understanding would be not only

11  would these -- you know, the Exhibits A and B that

12  we were talking about be an issue, but also named

13  defendants, deponents, any protest-related case.

14       And so to answer your question, we would

15  expect -- or have expected that they would search

16  for all those protest investigations, and we had

17  just -- have just opposed the 30(b)(6) for the

18  IAB -- for the IAB, the Internal Affairs Bureau.

19  She testified that very early on in the protest as

20  soon as I believe late May, early June, and they

21  started May 28th, they -- the Central Command, which

22  is the only place where an IAB log or case can be

23  created, was required to tag all protest-related

24  cases that IAB created with the terms protest -- I

25  just want to say it correctly -- I think it was

 1   protest case.  And so she testified that all they

 2   would need to do to find those is to do term search

 3   for -- with the, you know, quote, unquote, protest

 4   case, and we'd be able to pull those up.  So that

 5   would be --

 6            THE COURT:  Okay.  Well, that -- that --

 7            MS. MARQUEZ:  Yeah.  That would be the --

 8   the first step we would presume.  But beyond that,

 9   defendants have represented that they can search.

10   And this testimony also confirmed they can search by

11   officer name, complainant name and location.

12            And so we would have expected, and we

13   thought they did do this, that they searched by

14   plaintiff name, by witness name that we supplied,

15   meaning the AG's office, by officer names that we've

16   been supplying, you know, deponent names, and the

17   Scheduled A, which has all the protest locations.

18            THE COURT:  Okay.  All right.  Did that

19   pretty much cover what you asked them to -- what you

20   -- you think they should have done to comply with

21   it?

22            MS. MARQUEZ:  I believe those are all the

23   -- the search criteria that we believe they both

24   have the capability and the responsibility to have

25   searched.  Yes.

1          THE COURT:  From your point of view have

2    you been informed of what exactly they've done to

3    comply with these?

4          MS. MARQUEZ:  We thought they searched for

5    all those.  And that is where Ms. Ibrahim's

6    confirmation comes from.  She confirmed last year in

7    September that all the names had been run.  You

8    know, Schedule A had been run --

9          THE COURT:  When you say Schedule A, you

10   mean Exhibit A, page 19 through 27, or whatever it

11   is, when you say that?

12         MS. MARQUEZ:  I'm sorry.  This is again

13   confusing, the terminology.  There was -- to the

14   first consolidated request there was a -- I'll call

15   it a Master Schedule A that included all of the

16   protest locations as plaintiffs knew it --

17         THE COURT:  It was a list of protest

18   locations.

19         MS. MARQUEZ:  Right.  And --

20         THE COURT:  Okay.  Got it.

21         MS. MARQUEZ:  It was ultimately amended to,

22   you know, include some of the new cases that joined.

23   But ultimately, you know, that was like about 83

24   protest locations and dates --

25         THE COURT:  Right.

```
 1                    MS. MARQUEZ:  -- that we --

 2                    THE COURT:  Right.

 3                    MS. MARQUEZ:  -- that we were part of the

 4     first request, check here first, and then check with

 5     individual names to cover your bases.

 6                    THE COURT:  Okay.  And you had been led to

 7     believe they looked for those locations?

 8                    MS. MARQUEZ:  Right.  And so Ms. Ibrahim

 9     said in no uncertain terms and she -- and I did

10     append that to this letter as the second exhibit

11     that she said in no uncertain terms that they had

12     been produced -- that the Exhibit A and B had been

13     produced.

14                    But she had also represented in that and in

15     prior conferrals that, you know, they had searched

16     for Schedule A.  They had searched for the names

17     that we did have up to then.  So we were under the

18     impression they had run those search criteria.  The

19     protest case tag I was unaware of until last

20     Thursday, which is --

21                    THE COURT:  Okay.

22                    MS. MARQUEZ:  -- when we deposed the

23     30(b)(6).

24                    THE COURT:  Okay.  So I think I want to

25     turn to defendants.  And I guess the question is --
```

```
 1    the larger question I guess is what have you done to
 2    search for these things specifically?  And are
 3    there -- I mean, I guess -- I think like that's
 4    going to take us a long way to finding out where we
 5    are.
 6            So, Mr. Hiraoka, I don't know if it's you
 7    or someone else.  I know Ms. Fitzpatrick is on the
 8    line.  But I think we need the detail about what
 9    searches were conducted in relation to, you know,
10    certainly the Exhibit A and Exhibit B list that
11    we've talked about and the names in -- in the
12    December 2021 requests and the protest case tag.  So
13    go ahead and tell us.
14            MR. HIRAOKA:  Okay.  So basically, yeah.
15    Yes.  Ms. Fitzpatrick is on the line with me.  She I
16    think will be able to explain the more technical
17    terms of it.  But basically, you know, as with any
18    sort of discovery, we get the discovery demands.  We
19    contact the appropriate person who would have access
20    to that information, make the request.
21            The search is conducted, which Ms.
22    Fitzpatrick could probably explain far better than
23    I, and then they produce whatever they find in
24    response to -- in response to whatever discovery
25    demands that they were provided with.  We get them.
```

1    We review them to make sure that there's, you know,

2    no privileged information and so forth, and then we

3    provide them.  As to how that went about, I could

4    just turn it over to Ms. Fitzpatrick for her to

5    explain the technical procedures that's followed.

6              I just want to inform the Court right now

7    is at the outset is that it's not a simple matter of

8    you just pressing a button and having everything

9    come up.  You can't just press protest-related cases

10   or officer so-and-so for protest-related cases, and

11   everything just comes up all in one shot.

12             With respect to the 30(b)(6) witness that

13   Ms. Marquez was referring to, she said she was just

14   deposed last Thursday.  I was not at that particular

15   deposition.  So I'm not sure of the full context of

16   what she may have testified to as to how the search

17   is made.

18             I don't know what her specific position is,

19   but Ms. Fitzpatrick here is the person on whom we

20   rely to do the appropriate searches and so forth.

21   And I'll just hand it over to her temporarily, just

22   so she can kind of briefly explain to you how it's

23   done -- how a search is done once we get a discovery

24   demand, in this case for IAB files.

25             THE COURT:  Okay.  That's not my question

 1     at this point.  My question is not how is a search
 2     done.  My question is what specific searches were
 3     done to comply with the discovery request?  I'm
 4     happy to have --
 5             MR. HIRAOKA:  Well --
 6             THE COURT:  I'm happy to have Ms.
 7     Fitzpatrick answer it, but I'm not at this point
 8     interested in knowing how they do searches in a
 9     generic matter.
10             MR. HIRAOKA:  Well, as I said, Your Honor,
11     is that, you know, as to what was done, we do
12     everything we can do once we get the discovery
13     demand and, you know, subject to any objections that
14     we may have asserted, then we hand it off to our --
15     to the particular person who would be qualified to
16     find those documents.  And once that's done, you
17     know, we wait for the search to be completed, and we
18     wait for the documents.
19             THE COURT:  Okay.  I'm not sure if you're
20     disagreeing with me or you're repeating -- why -- do
21     I need to repeat what I said again?
22             MR. HIRAOKA:  Well, no.  I mean, and as for
23     that, you know -- I mean, as you know I -- you know,
24     I was not here all the way back in September of
25     2021.

```
 1              THE COURT:  I'm happy to have Ms.

 2    Fitzpatrick answer it.  I just need someone to

 3    answer it.  So if she's going to answer it, that's

 4    absolutely fine.  I have no problem with that.  Ms.

 5    Fitzpatrick, you can hear us?

 6              MS. FITZPATRICK:  Yes, Your Honor.  I'm

 7    here.  I can hear you.

 8              THE COURT:  Okay.  All right.  So I think

 9    you heard what I said.  I'm trying to figure out

10    what you were asked to find and, you know, did

11    you -- you know, did you look for those specific

12    names that are on, you know, 814?  Did you look by

13    locations?  Did you look up the -- ever use this

14    protest case tag?  So I -- you know, we really need

15    you to take us through it.  So that'd be great if

16    you can do that.

17              MS. FITZPATRICK:  Okay, Your Honor.

18    Basically how it works is I run the civil litigation

19    unit, which supplies litigation support to the New

20    York City Law Department.  And in the normal course,

21    we receive requests from attorneys from the law

22    department, you know, asking us for search -- to

23    search for certain things.

24              These searches that were done, they weren't

25    done altogether simultaneously.  The requests came
```

1    in piecemeal based upon conversations that I

2    understood took place so that plaintiff's counsel

3    could understand the limitations of the system, the

4    IAB database.

5            So I do know that we received maps, and we

6    were asked to search those maps for particular logs

7    related to protest activity in those particular

8    geographical locations.  I was very intimately

9    involved in that search.  So that was done.  With

10   regards to the list that we received that --

11           THE COURT:  Okay.  But we'll -- since you

12   were doing it a piece at a time a little bit.  You

13   got the maps.  I think I remember this.  And you

14   looked up locations, and you looked up IAB incidents

15   at that location.  And did you come up with things?

16           MS. FITZPATRICK:  Yes.  Just so you

17   understand, Your Honor, the systems are -- the

18   search functionality -- the search functionality is

19   very limited in the IAB database.

20           So from the maps we actually had to discern

21   the particular precinct that covered that

22   geographical location that was designated on the

23   map, and that's how the search was conducted.  And

24   then we went in --

25           THE COURT:  Okay.

```
 1            MS. FITZPATRICK:  -- and we looked for
 2    particular allegations, and then we looked at those
 3    particular allegations, and we narrowed it down by
 4    reading them to see if they were related to
 5    protests.
 6            THE COURT:  Got it.  Okay.  So -- all
 7    right.  So I stopped you with the mask.  Anything
 8    else you did to search for the things we're talking
 9    about?
10            MS. FITZPATRICK:  Well, over time
11    throughout the pendency of the litigation, Your
12    Honor, as I said we've received different types of
13    requests from the law department with varying
14    degrees of information.  If we have -- we have
15    received requests that speak to particular IAB log
16    numbers and IAB case numbers.  So we've searched
17    that way.  We --
18            THE COURT:  But can you -- are you able --
19    are you able -- do you have the documents that we're
20    talking about?  Do you have access to them?  You
21    know, for example, Exhibit 814 which has what we've
22    been calling Exhibit A and B --
23            MS. FITZPATRICK:  I don't have them in
24    front of me, Your Honor, but I'm familiar with
25    what's being referred to.  Because in my --
```

1          THE COURT:  But did you --

2          MS. FITZPATRICK:  -- capacity I've reviewed

3     them all.

4          THE COURT:  Okay.  Did you -- I mean, I

5     don't want to -- I just want to know specifically if

6     you went through the names in Exhibit A and B and

7     the other things and tried to find IAB files for

8     those?

9          MS. FITZPATRICK:  So yes.  Basically just

10    so we're clear, Your Honor, my access to the

11    database, the IAB database, is limited to police

12    officers' tax numbers.  So I have to request the

13    searches be done by IAB record officers in IAB.

14          So we take whatever is requested, and we

15    basically cut and paste the request as it comes to

16    us.  We send it in a communication to the chief of

17    IAB, and then they designate someone to conduct the

18    search, and they'll conduct the search based upon

19    the information we provide to them.

20          If the information that we have provided to

21    IAB is insufficient for what they need for their

22    database, they'll reach back out to us and be like,

23    we really need more to work with here.  You know,

24    and that happened on a few occasions, and when that

25    did, we eventually were able to figure out some way

1    to get some information to them so that they could

2    do a search to locate, you know, what the plaintiffs

3    were looking for, which is protest-related cases.

4            THE COURT:  Well, there must be some other

5    database, because you're saying they can only search

6    the IAB database by police officer tax number?

7            MS. FITZPATRICK:  No, Your Honor.  Only I

8    can search.  The IAB database has different levels

9    of access depending upon where you work in the

10   department.

11           THE COURT:  Right.

12           MS. FITZPATRICK:  Because IAB obviously has

13   security concerns given to the sensitive nature of

14   some of the investigations that they deal with.

15   Therefore, they have to be very careful about the

16   type of access that they allow people to have to

17   particular databases.

18           So for my purposes I can input an officer's

19   tax number.  I can pull up what's called an IAB

20   resume.  On that IAB resume, I can see a brief

21   summary of the allegations, who investigated it, and

22   then I'm allowed -- and then I can go into that

23   brief summary and get a little bit more information

24   about what happened, which is generally how we

25   figure out where our requests should go with regards

1    to who investigated the case.

2            THE COURT:  Okay.  You need a name to look

3    something up, but other people can look you -- I

4    don't understand how you were able to do anything

5    with a location.

6            MS. FITZPATRICK:  I worked with the IAB

7    records officer.  We sent a request to them.  We

8    sent the maps to them, and then we had conversations

9    about the best way for us to locate the information

10   that we were looking for based upon the information

11   that we provided --

12           THE COURT:  I see.  So the -- this other

13   person could use the precinct to do a search in the

14   IAB system?

15           MS. FITZPATRICK:  Correct.

16           THE COURT:  Okay.  I think -- I wasn't

17   following what you were saying.  Okay.  So the

18   answer to my question about Exhibit A and B is that

19   a search was done for each of those entries; is that

20   right?

21           MS. FITZPATRICK:  Correct.

22           THE COURT:  Okay.

23           MS. MARQUEZ:  Your Honor, I'm not -- if --

24   if I may just chime in --

25           THE COURT:  Yes.

1           MS. MARQUEZ:  -- here.  Because I am a

2    bit --

3           THE COURT:  Sure.

4           MS. MARQUEZ:  -- confused on a point that

5    Ms. Fitzpatrick is making, that this is the first

6    I'm heard -- hearing about, is that they restricted

7    their search to certain maps.  So if those maps are

8    referencing ArcGIS Maps, we, plaintiffs, as a part

9    of a conferral process created maps to prioritize

10   defendant search only of ArcGIS video, because of an

11   argument that there was a burden to producing those.

12          We never intended that to provide a

13   prioritization or limitation on the search for IAB

14   records.  And the fact that defendants may have been

15   doing so is the news to us at this moment.  So I'm

16   not sure if that's what Ms. Fitzpatrick is

17   referencing, but those ArcGIS Maps certainly are not

18   the universe of the Schedule A protests that I

19   mentioned to you earlier or, you know, all the other

20   requests.  It is much more limited.  Because there

21   was a, you know, a dispute as to what was burdensome

22   to produce in terms of ArcGIS videos.

23          MS. FITZPATRICK:  I was using that as an

24   example, Your Honor, of one of the types of requests

25   that we received.  That was not the full universe of

1    what we searched for.

2            THE COURT:  I mean, you know about the

3    Schedule A protest location, I assume, right, Ms.

4    Fitzpatrick?

5            MS. FITZPATRICK:  Yes, Your Honor, we do.

6            THE COURT:  Okay.  So has there been an

7    effort to go through each of those on those dates to

8    see if there's any discipline associated with those

9    in the IAB system?

10           MS. FITZPATRICK:  The problem with going

11   through the dates, and this is something that was

12   explained to plaintiffs' counsel in several meet and

13   confers, is that the way the system is designed to

14   search, you have to use a specific geographical

15   location or a specific building number in addition

16   to a specific date of incident in order to be able

17   to search for IAB files and then --

18           THE COURT:  Okay.

19           MS. FITZPATRICK:  -- you'd have to also --

20   basically, if I may, when you're searching in the

21   IAB database, if you use particular types of

22   searches, you also have to use other data points in

23   order to be able to search.

24           So you can do a keyword search, as was

25   referenced by Ms. Marquez, but you cannot do that

1      alone.  There has to be other data points that have

2      to be put into the search functionality in order to

3      be able to produce documents.  Additionally I know

4      the --

5              THE COURT:  Because --

6              MS. FITZPATRICK:  I apologize, Your Honor.

7      Go ahead.

8              THE COURT:  No.  Go ahead.  Finish.

9              MS. FITZPATRICK:  So I believe through meet

10     and confers, and I know that I've explained this

11     frequent several times, that the system is limited

12     in its ability to search.  And therefore, that's why

13     we required more specificity in order to be able to

14     find cases that are (inaudible).

15             To be able to search for something all

16     protest related for every date on Schedule A, the

17     system doesn't allow for that the way it's currently

18     designed.  We had to have more specificity dates,

19     specific locations, intersection, building number,

20     street.  We -- you know, we were able to search by

21     precinct if we had a geographical location, perhaps.

22     And that's what we did.

23             THE COURT:  Yeah.  I guess I find it odd --

24     I mean, I know this is all very recent, but I guess

25     I find it odd that if you have a tag, you can't

```
 1   search by the tag without having other data points
 2   and what the -- I mean, what are the other data
 3   points you have to have?
 4            MS. FITZPATRICK:  Date, location, you
 5   cannot search by keyword alone.  I've tried it.
 6   I've asked them to try it, rather.  You know, and
 7   they've told me repeatedly.  I had a meeting
 8   actually with the Chief of IAB fairly recently
 9   regarding another request that the plaintiffs have
10   regarding disciplinary files.  So I'm very familiar
11   with the system's capabilities.
12            Please bear in mind that this system wasn't
13   designed for this level of discovery.  The system is
14   designed specifically to be used by IAB to
15   memorialize investigations, and that's its main
16   function.
17            THE COURT:  Right.  So, Ms. Marquez, I'm
18   just trying to think how we do this.
19            MS. MARQUEZ:  And --
20            THE COURT:  Go ahead.
21            MS. MARQUEZ:  I'll just note and, you know,
22   I obviously don't have the ability to test either
23   out, but the 30(b)(6) witness stated that in
24   response to my question, you would simply put
25   protest case, and it could pull up these cases.
```

```
 1                    She said, yes, if it's in quotes.  And even
 2      if there was another data point in terms of a date
 3      to look for that has been provided time and time
 4      again.  So it's not clear to me that this tag
 5      protest case has been searched still.  But I'm happy
 6      to answer any questions to try to work out next
 7      steps.
 8                    THE COURT:  Well, you know, I --
 9                    MS. FITZPATRICK:  Your Honor, I'm sorry.
10                    THE COURT:  Go ahead.
11                    MS. FITZPATRICK:  I'm aware of the fact --
12                    THE COURT:  What's the name of the 30(b)(6)
13      witness so we're not -- it's not a mystery --
14                    MS. MARQUEZ:  It's Captain Lauren Foster,
15      F-O-S-T-E-R.  Okay.
16                    THE COURT:  Go ahead, Ms. Fitzpatrick.
17                    MS. FITZPATRICK:  The only other thing that
18      I can say to that, Your Honor, is that it would only
19      work if the people who actually inputted the
20      information from the command center put in that
21      code.  So there's that limitation --
22                    THE COURT:  I didn't understand what you're
23      saying --
24                    MS. FITZPATRICK:  What I guess what I'm
25      trying to say, Your Honor, is that databases are
```

1   only as good as the people that enter the

2   information.  So, you know, in the keyword

3   searching, you know, it may be there.  It may not be

4   there.  In my experience in reading through --

5           THE COURT:  Well, that's the least of our

6   problems, Ms. Fitzpatrick.  I mean --

7           MS. FITZPATRICK:  Okay.

8           THE COURT:  -- someone failed to put in

9   protest code.  We have a much bigger issue, which is

10  one witness who's claiming it can be done, and you

11  saying it cannot.  Well, that's -- I don't quite

12  have an answer right now what to do about that.  I

13  mean, is Ms. Foster more familiar with this or less

14  familiar with this than you?

15          MS. FITZPATRICK:  I know Captain Foster,

16  and I know that she did work in the Internal Affairs

17  Bureau.  I'm going off of my conversations with

18  people that currently work in IAB.

19          You know, as I've said and I have explained

20  that my search functionality -- my ability to search

21  in the IAB database is limited to tax numbers.  And

22  I've had conversations with people who currently

23  work in IAB and have explained to them what we need

24  with regards to the specific request that we have

25  received.  And we've done the best search, to my

1    mind, to what they have said to me that we were able

2    to do.

3            THE COURT:  Right.  Well, that depends upon

4    what you were given, of course, and, you know, what

5    you specifically were asked to do.

6            MS. FITZPATRICK:  Correct.

7            THE COURT:  And, Ms. Marquez, I'm just

8    trying to think of how we do this because --

9            MS. MARQUEZ:  And I will say that, you

10   know, there are -- even if we were to go off of the

11   logs and cases that defendants were able to

12   identify, I think that we have a good universe

13   there, to be honest, of just the numbers.  The

14   problem is I don't know how we got --

15           THE COURT:  Stop.  Wait, wait, wait.  I --

16   hold that thought.  I didn't understand the premise.

17           MS. MARQUEZ:  The premise --

18           THE COURT:  Were you pointing out logs?

19   I'm sorry.

20           MS. MARQUEZ:  Okay.  So there's -- I'm

21   still trying to figure this out.  And through the

22   30(b)(6) witness, she tried to help me.  IAB at the

23   command center creates a log number.  They control

24   the opening of a case and associated --

25           THE COURT:  A log number is just a number

1    associated with a case.

2            MS. MARQUEZ:  Right, with a complaint.

3            And then there's these cases that can be

4    associated with that log, and where that goes in the

5    universe of NYPD could change.  That's not the

6    important part.  I guess the important part is that

7    -- that we -- we have -- that, you know, the

8    defendants have identified a number of

9    protest-related logs and cases with, you know, these

10   numbers.

11           The problem that we're seeing, the main

12   deficiencies we're seeing on our end is that we'll

13   see maybe one document or one video with this log

14   that's just floating out there without all of the

15   other things that should be in that case file.  And

16   we don't know how it is that defendants identified

17   this case or log as protest related, yet didn't

18   produce everything that's in that file, if that

19   makes sense.  I understand --

20           THE COURT:  Okay.

21           MS. MARQUEZ:  -- there could be -- there

22   could be a universe also of things that have yet to

23   be identified at all by number or --  by number.

24   And I don't have the best answer for you as to how

25   to find those other than the search criteria just,

1    you know, what I believed the defendants had already

2    searched.

3            But for those logs and case numbers that

4    have been identified by defendants we believe, you

5    know, in our end receiving the formal production.

6    I'm able to look up the folders that encompass the

7    documents.  Because there -- the file names will

8    have the IAB number, and so I could see some of

9    those numbers.

10            The issue is, on my end, it's really

11    difficult to determine if the case file is complete

12    until I get these, you know, sort of glimpses as I

13    did with Lieutenant Dim, where we get this

14    pre-deposition packet that says this case number

15    actually was closed back in 2020.  And I have only

16    one document from that case file.

17            So I don't know where the hiccup went, you

18    know, where they isolated this case as being protest

19    related but simply didn't produce everything that

20    was in that file.  And so even if we were to go with

21    the logs and cases they've identified as protest

22    related, I want this file complete.  And so that's

23    one aspect of the problem that we thought an audit

24    would help with.

25            THE COURT:  Okay.  Well, that's at least a

1    solvable --

2          MS. MARQUEZ:  I think so.  Yeah.  And

3    that's why I wanted to present that as maybe the

4    first step.

5          THE COURT:  Okay.  Well, why don't we try

6    to tackle that.  So what went wrong?  I don't know

7    if was it the same thing with Fiorenza that you --

8    that you found out later.

9          MS. MARQUEZ:  Right.  And so Fiorenza is a

10   unique case.  Because we actually -- so the OAG

11   conducted investigation pre-litigation, of course,

12   and got some files then.  Oddly, we did not get the

13   same or any IAB files for Fiorenza during the

14   litigation until this bubbled up more recently.

15         But we had no idea that the case had closed

16   as of 2020.  And so that's a somewhat unique case.

17   But Lieutenant Dim also his case closed 2020.  We

18   didn't get anything except for one video file that

19   had no information, you know, related to it that we

20   could discern.

21         So I guess what I would propose there is

22   that they should be able to look at their formal

23   production, which the folders that they produced to

24   us typically had the file name associated with the

25   log or case number that the IAB had associated and

```
 1    just complete the production for those.  Because
 2    they've already done the work of saying this is
 3    protest related.
 4              THE COURT:  So there's a --
 5              MS. FITZPATRICK:  Your Honor, I apologize,
 6    if I may just say one thing.  I just want to clear
 7    this up.  Because it does cause an awful lot of
 8    confusion for many people.  Because the disciplinary
 9    process is a little bit Byzantine.
10              The mere fact that there's an IAB log
11    number doesn't necessarily in and of itself mean
12    that there's a fulsome investigation that went
13    actually to an IAB group or an investigatory unit to
14    be investigated.  So I just want to make the Court
15    aware of that.
16              THE COURT:  Okay.  They just want
17    everything.  They don't care if it's one document,
18    but they need to have all the documents.  I assume
19    you understand that's what she's saying.
20              MS. FITZPATRICK:  Yes, I do.
21              THE COURT:  Okay.  So do -- so is it that
22    you -- I mean, it's just may be helpful
23    emblematically.  So with -- what happened with Dim?
24    There was -- and let me start with Ms. Marquez.
25              There was a production independent of the
```

1      deposition, you know, packet.  And at the time it

2      was made there should have been more or it was

3      closed later or what -- and then they should have

4      gone back or what went wrong as far as you can tell?

5              MS. MARQUEZ:  Sure.  So I'll actually start

6      with the premise that you were just discussing with

7      Ms. Fitzpatrick -- or Ms. Fitzpatrick raised.  Some

8      of these cases have a log number and basically

9      nothing else.

10             We have reached out -- we had reached out

11     back in, I think, 2021 or early '22, to defendants

12     to inquire about those types of case files to say,

13     you know, we have two documents.  How could that be

14     the entire case file?  And they would say, well,

15     that's all that exists, and we were going to just

16     accept that the IAB didn't do a fulsome

17     investigation, and that's the status -- you know,

18     like that's just how they do their business.

19             And so I think that's what happened with

20     the Dim file, which had one video file.  But when we

21     two day -- I think it was a two days before, a few

22     days before the Dim deposition this year in March,

23     got the pre-deposition packet we learned, in fact,

24     they had done a fulsome investigation, and it was

25     closed.

1           It had been investigated to closure in

2    2020.  This was before of course our request for

3    production.  This was before the Court ordered all

4    documents be produced by April 15.  And so we went

5    back to defendants and asked for those records, of

6    course.

7           And it -- so this goes to the point that it

8    is difficult for plaintiffs to determine is this an

9    IAB case file where they simply just didn't do an

10   investigation, and that's why we have one document,

11   or is it that we never got the full production?  And

12   we've --

13           THE COURT:  Right.

14           MS. MARQUEZ:  -- asked -- you know, we've

15   asked defendants many times to confirm with the

16   chart in various conferrals.  Like, is this a

17   complete universe of what defendants have in their

18   -- in their possession control?  And they would

19   represent yes.  And so, you know, we move on until

20   we get this kind of evidence.  And it's at the point

21   where we can't wait any longer and do those

22   conferrals over and over --

23           THE COURT:  No, I understand.  I'm just

24   trying to understand what the lesson is to be

25   learned from Dim, in the sense that if I'm -- if,

```
 1    you know, you or I were the City and we -- it was
 2    our earnest goal to produce everything that we're
 3    required to produce, what is it we did with Dim, and
 4    what did we do wrong that you didn't get all of the
 5    documents, you know, prior --
 6              MS. MARQUEZ:  Right.
 7              THE COURT:  -- to the deposition?  So I
 8    guess, Ms. Fitzpatrick, do you know the answer to
 9    that question?
10              MR. HIRAOKA:  Well, Your Honor, if I can
11    just step in for a moment is that, you know, as Ms.
12    Fitzpatrick has been explaining, is that the system
13    is not made to do that sort of a search for, you
14    know, quote, unquote, protest-related files just by
15    what Captain Foster may have testified to.
16              Like I said, I'd have to look at the whole
17    testimony to find out what exactly she was
18    testifying about.  But be that as it may, since the
19    system is not made to do that kind of a search,
20    that's not what the system was made to do.
21              You know, there's -- because of that, and
22    Ms. Fitzpatrick can confirm this, there's no one-set
23    procedure as to how to look for certain types of
24    files, certain officers, certain locations, et
25    cetera.
```

1           And given the volume of information that we

2    had to get and given the fact that the system is not

3    made to search for that sort of information, you

4    know, inevitably you're going to have a few

5    oversights, which is what happened here.  What --

6           THE COURT:  I want to -- I still don't

7    understand what happened with Dim.  So it'd be great

8    if someone from the defense side could explain it to

9    me.  Was there -- was Dim's name -- maybe Ms.

10   Marquez should start.  Was Dim's name provided at

11   some point?  Is it Dim's name on Exhibit A or B?

12          MS. MARQUEZ:  Yes.  I'm going -- I'm going

13   to, unfortunately, have to reference A and B again.

14          So the August 2022 RFPs, both in Exhibit A,

15   because it was a CCRB case, or one of them was and

16   in Exhibit B., because we specifically named him as

17   relating to one of our incidents, Dim and Fiorenza

18   were named, as was, you know, in our --

19          THE COURT:  Okay.

20          MS. MARQUEZ:  Yes, specifically named.

21          THE COURT:  So it's -- Mr. Hiraoka, if you

22   -- I assume you understand what I'm trying to get at

23   here.

24          Let's just limit it to the fact of the

25   names on Exhibit A.  It seems to me the system is

1    able to run it by an officer's name and to produce

2    the IAB file for that officer's name.  And I gather

3    one video was produced.  I don't know why that

4    happened, but maybe you know.  So why wasn't

5    everything produced if it was in a name given in

6    August of 2022?

7         MR. HIRAOKA:  That's what I was addressing,

8    Your Honor.  And I think Ms. Fitzpatrick can expand

9    on it further.  Is that if you have an officer's

10   name, and she can expand on this I think, is that

11   that's probably the most efficient way you could

12   search for an IAB file if it's referable to a

13   particular officer regarding a protest-related case.

14        But just because you have the name, even

15   though that may be the most efficient way of looking

16   for it, that's not a guarantee that when you input

17   his name every, you know, an IAB protest-related

18   case that was pending against him whether it be open

19   or closed, you know, was present or exists.

20        So, you know, since the system is not made

21   to do that sort of a search, sometimes there's going

22   to be an oversight.  But as to specifically what was

23   done in Lieutenant Dim's case, you know, I don't

24   think I could explain it.  And I don't know if Ms.

25   Fitzpatrick could explain it either, other than what

1   she's already explained is that since the system is

2   not made for that, inevitably there might be an

3   occasional oversight.

4           But that doesn't mean, like, there's a

5   system wide problem.  It's not like nothing has been

6   turned over, you know, thousands of --

7           THE COURT:  Okay.  I --

8           MR. HIRAOKA:  Okay.  So that's what I'm

9   saying.

10          THE COURT:  I'm not understanding this.  I

11  don't understand.

12          MS. FITZPATRICK:  Your Honor, if I may.

13  I'm sorry.

14          THE COURT:  Go ahead.

15          MS. FITZPATRICK:  So basically what Mr.

16  Hiraoka is trying to say is that the way the system

17  is designed, there are -- there will be different

18  types of categories of people that are involved in a

19  case.  There can be the reporter.  There can be the

20  complainant.  There can be a subject officer or an

21  officer who's a witness.

22          So depending upon how they're coded into

23  the system, if you look, it doesn't necessarily mean

24  that although they may have been associated with the

25  particular incident, that that particular incident

1    will always necessarily come up on their IAB resume.

2              It's just something that I have noticed.

3    So that's one possibility there with regards to

4    this.  The other issue is Ms. Marquez is correct in

5    the sense that when something is called into the

6    command center, there is an IAB log number that's

7    generated.

8              What happened in the protest cases, and

9    this has happened before in large scale events with

10   the City, is that multiple people will call in an

11   incident depending upon if they were present on the

12   ground or if they saw it.  A lot of the times with

13   the protest cases many things came in via the press

14   to the Deputy Commissioner of Public Information.

15             My point is that there may be several log

16   numbers that have different degrees of information

17   associated with a particular event.  And when those

18   log numbers are generated, it's incumbent upon the

19   person who's taking the information to check and see

20   if there are other logs that are associated with the

21   same incident.

22             THE COURT:  What was done with Dim, or do

23   you not know the answer to that question?

24             MS. FITZPATRICK:  What was done with Dim,

25   Your Honor?

1          THE COURT:  Yeah.

2          MS. FITZPATRICK:  I mean, I didn't -- as I

3    said, I don't have access to search.  When we got

4    that list, what we did, as we do in the normal

5    course, is we sent the list off to the various

6    stakeholders that would have information about that

7    case.

8          So that would be because they were

9    requesting the IAB investigation and any attendant

10   disciplinary files from the department advocate's

11   office in addition to the Deputy Commissioner of

12   Trials, those -- that request were sent to the

13   various -- those places.  So I can't speak to the

14   search that was done specifically for Dim.  Because

15   I didn't do the search.  We sent a request out for

16   that.

17         THE COURT:  So who -- I mean, is there one

18   or more persons who are doing these searches for

19   you?

20         MS. FITZPATRICK:  There are several people.

21         THE COURT:  Is Foster one of them?

22         MS. FITZPATRICK:  No.

23         THE COURT:  Okay.

24         MS. FITZPATRICK:  She doesn't work in IAB

25   anymore.  She hasn't worked in IAB in quite some

```
 1   time.
 2            THE COURT:  Oh, okay.
 3            MS. FITZPATRICK:  She was a lieutenant when
 4   she was in IAB.  She's a captain now.
 5            THE COURT:  Okay.  But back to my question
 6   which is who is actually doing -- I think I need to
 7   hear from who -- or maybe start Ms. Marquez needs to
 8   talk to with your presence, the people who are
 9   actually doing the searches to understand what can
10   be done.
11            I think that is going to be much -- I don't
12   know.  Ms. Marquez, I'm just a little lost to figure
13   out what exactly to do here.  I'm happy to give you
14   access to more people if you think that'll help.
15            MS. MARQUEZ:  And I think Captain Foster
16   was quite knowledgeable in the search criteria, and
17   it seemed to, you know, it seemed to be pretty cut
18   and dry as to what you could search for.  But it
19   seems that potentially --
20            THE COURT:  But they're saying -- they're
21   saying she's wrong.  I'd like -- I think it would
22   better if you could have in front of you someone who
23   actually does this stuff all the time --
24            MS. MARQUEZ:  It would be great.
25            THE COURT:  -- what could be done.  I
```

```
 1    think --
 2              MS. MARQUEZ:  She was --
 3              THE COURT:  -- that's what we need to
 4    have --
 5              MS. MARQUEZ:  Right.  She was designated,
 6    albeit she was not -- she's not currently an IAB.
 7    She was designated as a city witness --
 8              THE COURT:  I mean, I don't want to do this
 9    in a 30(b)(6).  I want to do this, you know, within
10    the next couple of days in, you know, an ESI-type
11    meeting.  So --
12              MS. MARQUEZ:  I will say that one
13    preliminary step, Your Honor, sorry to speak over
14    you, is our main pressing concern are these
15    depositions coming up and that we, you know, are
16    still fighting for files on the eve of these
17    depositions.
18              I think that a very easy step, and it
19    sounds like they could do this, is just run the
20    names of these deponents who are coming up and see
21    if there's any IAB-related files for them and
22    produce them in full.
23              THE COURT:  All right.  That seems like a
24    bare minimum for right now.  Any problem with
25    that --
```

```
 1                MS. MARQUEZ:  For right now.

 2                THE COURT:  -- Mr. Hiraoka?

 3                MR. HIRAOKA:  No.  That's something that

 4      was suggested before, you know, for deponents that

 5      are coming up, the City wouldn't have any objection

 6      to doing an updated search for them to see if there

 7      are IAB files for those deponents who are

 8      outstanding.

 9                THE COURT:  Hold on a second.  I'm going to

10      issue a written order on this.

11                Defendants to immediately run a search

12      through their IAB database for all deponents, for

13      all individuals scheduled to be deposed as of today,

14      shall produce all IAB files that are related to

15      protest -- how do I phrase this -- that involves

16      incidents occurring during protest.

17                MS. MARQUEZ:  It should be something along

18      the lines of full investigative files for incidents

19      arising from the Amended Schedule A.

20                MS. FITZPATRICK:  If I may, to the extent

21      that they --

22                THE COURT:  Hold on.  Hold on.  Hold on.

23      For all incidents arising -- what do you call it,

24      the Amended Schedule A, right?

25                MS. MARQUEZ:  Yes.  And I only say amended
```

```
 1    because there's a few more dates that the addition
 2    of the Gray and Roland cases --
 3              THE COURT:  Got it.
 4              And your addition, Ms. Fitzpatrick, was if
 5    they exist.  Is that what I heard?
 6              MS. FITZPATRICK:  To the extent they exist,
 7    yes.  Because, you know --
 8              THE COURT:  Totally -- totally,
 9    unnecessary, anytime you get a discovery request
10    that asks you to produce all files, you can only
11    produce what exists.
12              MS. FITZPATRICK:  Well, I understand that,
13    but I just wanted -- because, you know, there seems
14    to be some confusion with regards to, you know, like
15    what exist as opposed to what actually exists.  And
16    I'm just trying to educate the plaintiffs' attorneys
17    about that.
18              THE COURT:  Okay.
19              MR. HIRAOKA:  And also, Your Honor, may I
20    just add one thing?  With respect to the upcoming
21    deponents, I would submit that these have -- these
22    should be for the disciplinary files -- for the IAB
23    files, it should be confined to the fact witnesses
24    and not the 30(b)(6) witnesses.  Because the issues
25    of the disciplinary issues are really not relevant
```

1    for the 30(b)(6) witnesses.  So --

2          THE COURT:  Well, I said individual --

3    individual schedule to be deposed.  I didn't

4    consider 30(b)(6) as included -- inclusive in that

5    term.  But feel free to accept the clarification as

6    I'm giving it to you orally.

7          MR. HIRAOKA:  I'm sorry.  You just faded

8    out there a little bit.  What was that?

9          THE COURT:  The wording I used was

10   individuals scheduled to be deposed, and I don't

11   view a 30(b)(6) deposition as a deposition of an

12   individual.  It's a deposition of the City.

13         MR. HIRAOKA:  Understood.

14         MS. MARQUEZ:  And just for clarification, I

15   think files covers it.  But just so I'm clear,

16   because in the past for Fiorenza, for instance, we

17   only got the worksheet which goes over what the

18   investigator did but not the, you know, attachments.

19   And so the file should be all the documents IAB has

20   on that log or case.  Hopefully that's clear.

21         THE COURT:  The --

22         MS. MARQUEZ:  So for Fiorenza, for

23   instance, in the first pass they only gave us what

24   it's called a worksheet.  That just is a list --

25   basically a list of every -- all the actions the

```
1    investigator took but not the evidence they
2    compiled.  So the file, as I've been referring to
3    it, should be everything that IAB has on that
4    investigation.
5              MR. HIRAOKA:  That includes the
6    attachments.  That's fine.  And just for your
7    information, Your Honor, the Fiorenza files have
8    already -- the full files have already been
9    produced.  They were produced last Friday, just as a
10   note.  But understood, yeah, the attachments do have
11   to be included with -- as part of the full file.
12   That's understood.
13             THE COURT:  All right.  Defendants shall
14   immediately run a search through their IAB database
15   for all individuals scheduled to be deposed as of
16   today and shall produce all IAB files that involve
17   incidents occurring during protests arising from
18   amended Schedule A.  The full investigative files
19   including all documents in IAB's possession in
20   regard to that investigation shall be produced.
21             MS. MARQUEZ:  Thank you, Your Honor.
22             THE COURT:  That's our temporary fix.
23             MS. MARQUEZ:  That's our -- the most
24   immediate concern, yes.
25             THE COURT:  Okay.
```

1            MS. MARQUEZ:  And then to the next step --

2     I suppose it would be, as you were suggesting, good

3     to meet with someone who actually runs -- ran the

4     searches to both see what has been, you know, run,

5     what they have been able to do to locate what they

6     have located thus far, but also the search -- be

7     able to speak to the search capabilities of -- and

8     the two systems as I am aware of they're called ICMS

9     and ICMT that house these investigative files.  They

10    should have knowledge of how to run searches there.

11           THE COURT:  Okay.  So, Mr. Hiraoka, my view

12    is that this should be as part of a sit-down video

13    some session where this -- a person who actually

14    does this in IAB.  To me, it's more important to

15    know the capability than what's happened in the

16    past.  That's step stage three.

17           Most important thing now is once we get the

18    deponents is to figure out exactly what can be done

19    so that the plaintiffs can discuss with you whether

20    you've done enough or not and what needs to be done

21    in the short term, and you can reach agreement on

22    that or not, or bring it to me.

23           So I think I've ordered this sort of thing

24    before, and I think Ms. Fitzpatrick was involved.

25    But I want that meeting to happen as soon as

```
 1    possible as for a person who's, you know, very
 2    knowledgeable about this to be there who, you know,
 3    who actually does these searches.  So how quickly
 4    can you put that meeting together?
 5              MR. HIRAOKA:  Ms. Fitzpatrick --
 6              THE COURT:  Like a day or two, you know,
 7    next week, early next week, something like that.
 8              MR. HIRAOKA:  It would depend on Ms.
 9    Fitzpatrick's staff's availability.  Of course,
10    we're going to move as quickly as we can --
11              THE COURT:  Does this person work for you,
12    Ms. Fitzpatrick, or someone else?
13              MS. FITZPATRICK:  Well, I just want to say
14    one thing.  I'm not trying to make things
15    complicated.  The ICMS system is the database that's
16    used by the Internal Affairs Bureau.  ICMT is
17    actually used by a different entity in the
18    department.
19              THE COURT:  Do they cover the same database
20    or not?
21              MS. FITZPATRICK:  No.
22              THE COURT:  What is -- what database --
23              MS. FITZPATRICK:  If I may very briefly
24    just explain one quick thing.  IAB does not
25    investigate all allegations of misconduct.
```

1    Allegations of misconduct that fall into the
2    category generally of misconduct and corruption are
3    usually investigated by IAB.
4           Other things are sent out to what we call
5    investigatory units.  The investigatory units
6    memorialize their -- sorry, their investigations in
7    ICMT, which stands for Internal Case Management
8    Tracking System.
9           THE COURT:  Things like false arrest and
10   excessive force, that's IAB or not necessarily?
11          MS. FITZPATRICK:  Not necessarily, no.  It
12   depends upon the level.  Like for example if it's a
13   level one --
14          THE COURT:  All right.  All this time we've
15   been talking IAB.  So I can only do one thing at a
16   time.
17          MS. FITZPATRICK:  Okay, I'm sorry.
18          THE COURT:  No.  I'm not blaming you.  But
19   it sounds like what you're saying is if you want
20   IAB, we're talking ICMS, not ICMT.
21          MS. FITZPATRICK:  Correct.
22          MS. MARQUEZ:  I could clarify, Your Honor.
23   Sorry to make this overly complicated.  I could
24   speak later to it if you prefer.
25          THE COURT:  Well, I'm just -- the first --

```
1    the order of business right now was to come up with
2    a date for this meeting to happen.
3             So, you know, my -- my thought is Friday.
4    If someone wants to make a strong case that's
5    impossible, I'm willing to hear it.
6             MS. FITZPATRICK:  I mean, I'm sorry, Your
7    Honor, you're specifically talking with regards to
8    searches?  How are they conducted by IAB?
9             THE COURT:  Yes.
10            MS. FITZPATRICK:  Okay.  I would need to
11   speak to the Chief of Department.  Sorry, the Chief
12   of IAB.  They have a new administration.  It may
13   take a little bit longer because they're requiring
14   all requests to go through channels, which just as a
15   general proposition takes a bit longer, the way the
16   department works.  So I don't know if Friday is
17   possible.
18            THE COURT:  Right.  Here's what I'm going
19   to do.  I'm going to order it for Friday.  If you
20   need an extension, you'll make an application.
21            MS. FITZPATRICK:  Okay.
22            THE COURT:  And if you folks agree
23   otherwise, you'll agree otherwise.
24            Defendants shall arrange for a meeting
25   between plaintiffs' counsel and an individual with
```

```
 1    personal knowledge and experience in using databases
 2    to search for IAB records.
 3             Is that the way I should put it, Ms.
 4    Marquez, from your point of view?
 5             MS. MARQUEZ:  And -- yes.  And so I was
 6    just going to mention that the -- the requests are
 7    framed as NYPD investigative files including IAB.
 8    And so this distinction between investigative units
 9    and the IAB, we had understood them to be all as
10    one.  But, I mean, we've been speaking as IAB, and I
11    think that would be the clearest.  But if we need to
12    include the --
13             THE COURT:  I mean, your letter -- your
14    letter says nothing but IAB.
15             MS. MARQUEZ:  I understand --
16             MS. FITZPATRICK:  Your Honor --
17             MS. MARQUEZ:  Because they are IAB log --
18    they retain the IAB log numbers.  And so that's what
19    we've been talking about this whole time, even if
20    it's been transferred to an investigative unit.
21             And we did receive documents from the ICMT
22    system which are, you know, where these
23    investigative units retain their records, and they
24    can be pulled through this bigger ICMS system.  So I
25    think it is still accurate as to say --
```

```
1              MS. FITZPATRICK:  No.  It's not true
2     actually.  You can't get the investigatory files
3     through the ICMS system, at least I can't.
4              MS. MARQUEZ:  You can't, but Captain Foster
5     could.
6              MS. FITZPATRICK:  Okay.  But Captain Foster
7     hasn't worked for IAB in quite a long time, and her
8     level of access may be different from mine.  I
9     currently have access to ICM -- ICMTS.  And the
10    search functionality as it lives in ICMTS is the
11    same as it lives in ICMS.  I recently had a meeting
12    with people at IAB who confirmed that for me.  And I
13    searched ICMTS in order to be able to provide you
14    with the documents that were outside of the world of
15    IAB.
16             THE COURT:  Okay.  Well, we still need this
17    IAB person, do we not?
18             MS. FITZPATRICK:  Sure.
19             THE COURT:  Ms. Marquez?
20             MS. MARQUEZ:  Yes.
21             THE COURT:  Okay.  So let's -- this is just
22    the meeting for Friday.  I'm happy to talk about
23    other things that are needed.  So just to finish my
24    -- or to repeat:  Defendants shall arrange for a
25    meeting between plaintiffs' counsel and an
```

```
 1    individual with personal knowledge and experience in
 2    using the database to search for IAB records on
 3    Friday, April 23rd.  I think I got the right date.
 4           MS. MARQUEZ:  21st, I think.
 5           MR. HIRAOKA:  21st, I believe, yes.
 6           THE COURT:  I'm sorry.  Yeah, yeah, yeah,
 7    Friday, April 21st.
 8           MS. MARQUEZ:  And, Your Honor, I'm not sure
 9    if the first order regarding the immediate search
10    for deponents had a deadline to produce anything
11    found.
12           THE COURT:  No.  We need to talk about
13    that.
14           MS. MARQUEZ:  Okay.
15           THE COURT:  You need them at least a week
16    before the deponents to be deposed, right?
17           MS. MARQUEZ:  That would be helpful, yes.
18           THE COURT:  Okay.  So I'll say at least
19    they should be at least -- and then we have the ones
20    that are coming up -- the ones coming up this week,
21    in the next five days?
22           MS. MARQUEZ:  So there's a Sergeant
23    Saturnin tomorrow, but I'm not sure if there's
24    anything that we haven't received for him, but I'm
25    just looking ahead.  We have a number of fact
```

```
 1    witnesses, again starting Wednesday.  So Saturnin I
 2    believe is a fact deposition --
 3            THE COURT:  Okay.  As long as Wednesday --
 4    today's Tuesday, right?
 5            MS. MARQUEZ:  Today is Wednesday.
 6            THE COURT:  Today is Wednesday.  Okay.  So
 7    I'll say at least a week before the deposition,
 8    except this person that's coming up Wednesday.
 9    What's their name?
10            MS. MARQUEZ:  Wednesday coming up is
11    Saturnin, S-A-T-U-R-N-I-N.
12            THE COURT:  Title, honorific, something?
13            MS. MARQUEZ:  I'm trying to get that from
14    some colleagues --
15            MS. FITZPATRICK:  I believe he's a
16    sergeant --
17            MS. MARQUEZ:  I think it's a sergeant --
18            THE COURT:  Sergeant -- respective Sergeant
19    Saturnin file shall be produced by Friday 21st.  Is
20    there a Thursday one or not?
21            MS. MARQUEZ:  Next Thursday is Conforti.
22    I'm not recalling the rank.
23            MR. HIRAOKA:  Your Honor, I think Conforti
24    is not an individual.  I don't think he's a fact
25    witness.
```

```
 1              THE COURT:  You think you're producing
 2   30(b)(6)?
 3              MR. HIRAOKA:  I believe so, yes.
 4              MS. MARQUEZ:  I don't think that's
 5   accurate.  Sorry.
 6              THE COURT:  All right.
 7              MS. MARQUEZ:  Sorry.
 8              THE COURT:  If I -- okay.  If Mr. Conforti
 9   -- someone's going to look this up - -
10              MS. MARQUEZ:  Chief Conforti, I believe.
11              THE COURT:  If chief Conforti is a fact
12   witness.  I'll say --
13              MS. NELSON:  Your Honor?
14              THE COURT:  -- rule 30(b) -- 30(b)(1)
15   witness.
16              MS. NELSON:  Your Honor?
17              THE COURT:  Yep.
18              MS. NELSON:  This is Ms. Nelson.  May I
19   just speak very briefly on this?  If you recall --
20              THE COURT:  On Conforti?
21              MS. NELSON:  Yes.
22              THE COURT:  Okay.  Go ahead.
23              MS. NELSON:  If you recall, there was a
24   conference with respect to an after-action report
25   that was prepared by Chief Conforti.  The deposition
```

 1    is pursuant to that ruling.  With respect to the

 2    process --

 3            THE COURT:  Before you go any further, was

 4    he -- was he at any of these protests?

 5            MS. NELSON:  I do not recall that, Your

 6    Honor.  His deposition is about the process that is

 7    used with respect to preparing these after-action

 8    reports.

 9            THE COURT:  Did I order his deposition, or

10    did they notice it?

11            MS. NELSON:  Your Honor, I do not recall if

12    it was -- I believe it came up at the conference.  I

13    don't believe if they -- if he was -- actually, Your

14    Honor, he was noticed as a 30(b)(6), and that was

15    part of what was discussed at the conference.

16            THE COURT:  All right.  Well, if it turns

17    out he's not a 30(b)(6), I'm sure the plaintiffs

18    will let me know about it in writing if they wish.

19    Okay.

20            MS. NELSON:  Your Honor, I'm fairly sure he

21    is not a 30(b)(6).

22            THE COURT:  I don't know what to do.  I

23    mean, you have my order, Ms. Nelson.  I'm -- if he's

24    -- he's deposed as an individual, you've got to

25    produce his file on Friday.  So you run at your own

1   risk.

2            MS. NELSON:  Understood.  Your Honor, may

3   I --

4            THE COURT:  Okay.

5            MS. NELSON:  -- just ask for a little

6   clarity?  If his deposition is about the process and

7   nothing more, that's what the deposition is supposed

8   to be about do we have to produce -- do we have to

9   search for any --

10           THE COURT:  I mean, if he's got an IAB file

11   about the protest.  I think they should see it.

12           MS. NELSON:  Okay.  Thank you, Your Honor.

13           THE COURT:  Yeah.  Okay.  So we've now

14   dealt with a couple of short term problems.  Ms.

15   Marquez, I mean, my goal is for you to figure out

16   what more can be done to search for people, and, you

17   know, certainly what's happened in the past to do

18   searches, you can certainly do it in the context.

19   You should certainly ask about what's happened in

20   the past and figure out what is reasonable to happen

21   in the future.  And if, you know, things weren't

22   reasonable in the past, you're certainly free to

23   raise that with me.

24           MS. MARQUEZ:  Thank you, Your Honor.  And I

25   will just note that I think this is a good solution

1     for the cases where we -- I don't want to complicate

2     the process -- where we don't know the log and case

3     number.

4                 From what I've heard today it seems that if

5     we do know the case log -- excuse me, the log and/or

6     case numbers, those could be easily run without any

7     other data points.  I didn't hear anything contrary

8     to that.  So in terms of something, you know --

9                 THE COURT:  Ms. Marquez, want to make sure

10    you got the full production.

11                MS. MARQUEZ:  Right.  And so I don't even

12    think I need to talk to that person to understand,

13    because I don't think there's a dispute.  Those can

14    simply be put in.  It'll spit out, you know, this is

15    the investigative file for that log or case number.

16    I don't understand what -- why that can't be just an

17    immediate order, you know, produce what has not been

18    produced from those files.

19                THE COURT:  And what document will they

20    turn to, to look to see, we need to make sure we

21    produce everything?

22                MS. MARQUEZ:  So I think it's correct that

23    there isn't just one.  My understanding -- so when I

24    look at the production on my end from what

25    defendants have produced to us, one could look up,

 1    you know, the preface log and then the case -- you
 2    know, just look up what case -- or log numbers,
 3    excuse me, have been produced.  Because most file --
 4    folders that we received have that in their file
 5    name or the, you know, case number associated.  And
 6    those case numbers have prefixes that are set.
 7    Either it's a force case, FI, it's an outside
 8    guidelines case, OG, it's a corruption case with the
 9    C or, I think, CC prefix.
10         There are ways they should be able to
11    search from their own production what they have
12    identified as protest related.  I don't pretend to
13    know exactly, you know, how smooth this process will
14    be, but I think that, you know, the way I look for
15    IAB cases on my end in relativity, I could simply
16    put in log, the number, and it will tell me if that
17    has been produced.  Does that make sense?
18         THE COURT:  No.  Sorry.  Try again.
19         MR. HIRAOKA:  Your Honor, can I just
20    interject for one second?  Yeah.  I'm not -- from
21    what I understand, I believe what Ms. Marquez was
22    saying is that there shouldn't be a problem locating
23    a file if we have like the case number and/or log
24    number.  I'm not sure if that's actually correct.
25    Maybe Ms. Fitzpatrick can chime in on that.

```
 1              MS. FITZPATRICK:  Within our databases, are
 2    you referring to that, or are you talking about
 3    relativity?  I'm sorry.  I'm a little confused, Ms.
 4    Marquez, I apologize.  I wasn't sure what you were
 5    referring to.
 6              MS. MARQUEZ:  I was referring to your
 7    formal production.  You have a vendor that produced
 8    to us.  And so I'm just saying what I could see on
 9    my end, because that's how we have our -- we use
10    relativity.  I don't know what you all have on your
11    end is what I'm saying.
12              THE COURT:  So try me again and maybe Ms.
13    Fitzpatrick will be able to answer the question.
14    Tell me what it is that you want them to do
15    precisely.
16              MS. MARQUEZ:  So my understanding is that
17    there's, you know, they should be able to see what
18    IAB productions, formal productions, they've done
19    through their vendor.  Because they'll --
20              THE COURT:  Okay.  Stop right there.
21              MS. MARQUEZ:  Yes.
22              THE COURT:  Stop right there.  Is that
23    true, Ms. Fitzpatrick?  Can you tell what IAB
24    productions you've done already?
25              MS. FITZPATRICK:  I produce the file to the
```

```
 1    law department.  I am not involved in what goes into
 2    relativity, Your Honor.  I apologize.
 3              THE COURT:  All right.  Mr. Hiraoka, can
 4    you do it?
 5              MR. HIRAOKA:  No, it's not always a -- no.
 6    It's not -- it's always -- not always that simple,
 7    Your Honor.  The search capabilities of relativity
 8    are complex in and of themselves.  We can't just,
 9    you know, always just go in and plug in a number and
10    then have it come up.  It's a long convoluted
11    process, but if you put in a certain --
12              THE COURT:  How many files, Ms. Marquez, we
13    are talking to?
14              MS. MARQUEZ:  I don't know the universe.
15    But I -- another thing I could offer although, you
16    know, it would be another burden to us, would be to
17    try our best to create a list for defendants.
18              THE COURT:  That's what I -- that's what I
19    was about to --
20              MS. MARQUEZ:  I didn't want to offer that
21    up.  Because --
22              THE COURT:  Unfortunately, that's where we
23    are.
24              MS. MARQUEZ:  Yes.
25              THE COURT:  Don't worry, you're not
```

```
 1   offering, I was going to tell you.
 2              MS. MARQUEZ:  Okay.  That would be the
 3   next --
 4              THE COURT:  That's probably the quickest
 5   way to do it.
 6              MS. MARQUEZ:  Yeah.  The next thing,
 7   because frankly I think it is something defendants
 8   can do.  But we will try to do it, produce a list to
 9   them and --
10              THE COURT:  You're going to put together a
11   list.  Is this going to be 10, 50, 100, 500 cases
12   or --
13              MS. MARQUEZ:  I don't think it is 500.  I
14   think it's more in the realm, if I were to guess,
15   under 100.
16              THE COURT:  Okay.  And you want them to
17   confirm that the entire file was produced, including
18   these exhibits?  Is that kind of what we're getting
19   at here or something else?
20              MS. MARQUEZ:  That's right.  No, just the
21   entire file.
22              THE COURT:  Okay.  Mr. Hiraoka, any problem
23   with that?
24              MR. HIRAOKA:  I would prefer, you know,
25   perhaps a more -- that in essence, equates to an
```

1    entire new audit, which is something, you know, that

2    we're trying to avoid.

3         If she has something -- if Ms. Marquez

4    could propose something a little more focused, I'd

5    be open to that.  But which is less than 100, you

6    know, just for the sake of argument that could be

7    99.  And that's a lot of work and that -- like I

8    said --

9         THE COURT:  Why -- okay.  Give them the

10   full list, pick out ten, make them do ten, and if it

11   turns out they messed up on the ten, then we'll know

12   something.  If it turns out there was no mess up on

13   the ten, then, you know, maybe it'll be assuaged, or

14   maybe we'll pick out another ten if you can try

15   talking to them about that.  But I don't think we

16   need to do -- I think we could do a sample of the

17   100 to figure out whether they have not done what

18   they were supposed to do.

19        MR. HIRAOKA:  If it's a sample of ten, Your

20   Honor, I would have no problem doing that.

21        THE COURT:  All right.  I mean, feel free

22   to give them the full list now if you want or just

23   give them the ten.  And then see if there's -- if

24   that shows a problem.  And if it doesn't, I'm not

25   sure whether you'll be entitled to more, but we can

1    talk about your basis for believing that there is

2    going to be more to be found.

3         MS. MARQUEZ:  Well, the one thing I'll say

4    is, you know, I don't quite understand the burden of

5    inputting these -- these log numbers that we,

6    plaintiffs, will be taking the time to compile.  You

7    know, if I could just understand what the burden is

8    of doing a search of --

9         THE COURT:  Sure.

10        MS. MARQUEZ:  Yeah.

11        THE COURT:  I was -- I was taking your word

12   for Mr. Hiraoka, but I think she's entitled to or

13   Ms. -- Ms. Fitzpatrick, she's entitled to know why

14   it would be a problem to check all of them.

15        MR. HIRAOKA:  That's Ms. Fitzpatrick.  So,

16   yeah.  I mean, yeah.  She's going to explain, Your

17   Honor.  You know, I think she's going to pretty much

18   echo what's in her declaration regarding what would

19   be involved but --

20        THE COURT:  Well, why don't -- why don't we

21   hear it?

22        MR. HIRAOKA:  Yeah, yeah, yeah.  No.  I'm

23   just saying yes.  So to -- you know, to recheck --

24   you know, to basically go over --

25        THE COURT:  No, no, no.  I want to hear

1     from Ms. Fitzpatrick.

2              MR. HIRAOKA:  No, no.  Yeah.  I know -- I'm

3     just trying to clarify, Your Honor.  Go ahead, Ms.

4     Fitzpatrick, about, you know, having to recheck 100

5     files.  Go ahead.

6              MS. FITZPATRICK:  I'm sorry.  I just wanted

7     to be clear.  You're proposing to provide us with

8     IAB log numbers and case numbers that you have

9     already received and for us to essentially do a

10    quality control check to see if everything's been

11    produced, right?

12             MS. MARQUEZ:  Right.  So what --

13             THE COURT:  I think so, yes.

14             MS. MARQUEZ:  Right.  So what I -- I think

15    what -- if I were asked to do this, what I would do

16    is I would export that case file that pops up when I

17    put in the log number, check to see -- check that

18    against what I've produced and produce the remainder

19    or that -- even simpler answer would be just to

20    produce the whole thing.

21             But if the -- if the aim here is to see if

22    there's anything that has not been produced, I -- I

23    mean, I think, you know, using hashtags and

24    relativity, that would tell me immediately if

25    there's duplicates or anything that are not

```
 1   duplicates, meaning there's been something that's
 2   been missed.
 3           You know, I thought that would be a simple
 4   process, but I can't assume what the burden is from
 5   defendants, because I haven't heard it.  And so if
 6   there's not much of a burden, I'd ask for more than
 7   a sample of 10.  I'd ask for something closer to,
 8   you know, 30, 40 to run.
 9           THE COURT:  Okay.  So, Ms. Fitzpatrick,
10   tell us about the burden.
11           MS. FITZPATRICK:  I'm sorry.  And you're
12   proposing that the search be done in relativity or
13   that we do it at the department, in our databases?
14           MS. MARQUEZ:  That you do it.  Because
15   relativity would not have the complete file
16   essentially.  We have that.  We have what's been
17   produced.  We would give you the log --
18           THE COURT:  Yeah.  Ms. Marquez, just to
19   show the logic behind this.  I gather this is the
20   Dim problem, right?  You're trying to --
21           MS. MARQUEZ:  That's right.  Yeah.  We have
22   the --
23           THE COURT:  We know this --
24           MS. MARQUEZ:  Exactly.
25           THE COURT:  -- this -- has been a problem.
```

1   Ms. Fitzpatrick, just so you understand.  We know

2   this has happened.  We're just trying to figure out

3   if it was something unique or if this is systemic.

4   And the best way would be if you ran all 100 and see

5   what happened, but if you are able to convince us on

6   burden, we'll do a sample.  But the reason for it is

7   we know that something went wrong.

8           MS. FITZPATRICK:  Well, the issue here,

9   Your Honor, is as I stated previously -- as I stated

10  previously is with regards to files that were

11  investigated by IAB.  The first stop obviously here

12  would be for us to go to the IAB records officer.

13  So those searches wouldn't be able to be conducted

14  in house by my people.

15          And I don't know what their staffing levels

16  are in IAB currently.  So I don't know how long it

17  would take them to search for any given number of

18  particular files.  I think I would be willing to say

19  if I could take 10 and have them see how long it

20  would take them to do that, maybe we would get a

21  better idea of how burdensome this actually would be

22  if we had a greater number to deal with.

23          I don't think given right now off the top

24  of my head without knowing the staffing levels in

25  IAB currently and who they have devoted to be able

1    to do these types of searches, I could answer that,

2    you know, I don't want to -- I couldn't answer that

3    necessarily because I don't really know.  I don't

4    have all the variables in front of me to make the

5    calculation.  Because I'm not doing the search, and

6    my people aren't doing the search.

7           THE COURT:  Okay.  I appreciate the

8    frankness.  I think the -- I mean, the plaintiffs --

9    why don't you do this.  You start providing in a

10   rolling basis as many numbers as you want up until

11   the full 100.

12          And when you get the first 10 over to the

13   defendants, they're to provide two things.  One is

14   either a reproduction or a statement that you've

15   gotten everything already, or if they want, here's

16   the additional stuff we missed and an affidavit to

17   you from someone with personal knowledge as to how

18   long it took to do the 10.  And I'm happy to put a

19   deadline on that.  When can you get a listing of ten

20   cases for them?

21          MS. MARQUEZ:  I could do that tomorrow, I

22   think.

23          THE COURT:  Defendants -- I'll just say --

24   I won't put a deadline on you.

25          MS. MARQUEZ:  Thank you.

```
 1              THE COURT:  And then I'll say defendants
 2    shall -- I'll go through that same thing again --
 3    shall investigate whether all documents introduced
 4    as to those cases, I'm going to call them IAB cases,
 5    is that the right terminology -- a listing of the
 6    ten IAB cases to defendant, or is there some
 7    other --
 8              MS. FITZPATRICK:  I would say logs is
 9    probably more accurate because --
10              THE COURT:  IAB log?
11              MS. FITZPATRICK:  -- every investigation
12    file has an IAB log number associated with it.
13              THE COURT:  Okay.  Log numbers.  Okay.  A
14    listing of 10 IAB log numbers to defendants.
15    Defendant shall determine whether all documents have
16    been produced as to those log numbers.  And if not,
17    shall provide a full production by next Tuesday,
18    let's say, April 25th.  If you know, if you can make
19    the case, you need more time, try it.  But this is
20    going to be the date.
21              MR. HIRAOKA:  Okay.  Sorry.  What was the
22    date again?
23              THE COURT:  25th.  I'm sorry, I should say
24    within -- within four business days of when you get
25    the listing, of when you get the log numbers, only
```

```
 1   10 of them.  On the same date, the defendant shall

 2   provide an affidavit, a sworn statement to

 3   plaintiffs as to how long it takes to make that

 4   determination and produce the materials, any missing

 5   materials -- materials, if any.  Okay.

 6           MS. MARQUEZ:  And if I may, Your Honor, to

 7   that last point, just want to maybe try to head off

 8   something that may happen, because based on my

 9   review of the declaration Ms. Fitzpatrick put in, it

10   seemed like some of these processes may not be the

11   most efficient.

12           If I may pitch that what I would think is

13   most efficient is if, one, these logs are run by the

14   IAB records officer.  There should -- they should be

15   able to just send a list of the file names to see if

16   they've been produced to us, actually produced,

17   instead of having to do eyes-on review.  If that is

18   a possibility, I would suggest that.  Because I

19   would think that's the most efficient and not

20   having, you know, the process originally pitched as

21   an audit would be to talk to people who produce

22   these, and it seems very inefficient.  I just wanted

23   to offer that.  That seems to be the best way to

24   word this.

25           THE COURT:  So the theory is someone should
```

1  be looking to see if it was produced or not before

2  they make any effort to reproduce it.  Is that what

3  you're saying?

4          MS. MARQUEZ:  Or, in other words, I would

5  think it's most inefficient if a records officer had

6  to look at the production and look at document by

7  document, are these the exact same documents as

8  opposed to looking at the data, meaning looking at

9  the electronic files file name, and seeing that it's

10  been produced.  Hopefully that makes sense.

11          THE COURT:  Yeah.  No.  I see what you're

12  saying.  So I'm just reading what wording, if any,

13  needs to be changed?

14          MS. FITZPATRICK:  Well, there's two --

15  there's two numbers associated, Your Honor, with

16  investigatory files, as Ms. Marquez has already

17  referenced.  There's the IAB log number, and then

18  there's the case number.  And the case number is

19  what's going to have the alpha -- it's going to like

20  have an M, a C, an F in front of it.  And that

21  designates the type of case that it is.  I think

22  that perhaps --

23          THE COURT:  I understood Ms. Marquez to say

24  something completely different.  I thought you were

25  saying that, you know, in any given file there may

```
 1    be a bunch of, quote, file number with log, you
 2    know, number eight, whatever this thing is.  There
 3    are a bunch of documents.  These documents exist in
 4    electronic form, and each one has a little name.  I
 5    don't know if it's a number, whatever it is.  And in
 6    other words, instead of comparing the actual by
 7    looking at pages, just look at the file name.
 8              MS. MARQUEZ:  Exactly.  Right.
 9              THE COURT:  Sub file --
10              MS. MARQUEZ:  Yeah.  And so say it's a
11    video, and then you'd have like 1534.MP4, you know,
12    indicating --
13              THE COURT:  Right, right, right.
14              MS. MARQUEZ:  -- it's a video file.  And
15    instead of --
16              THE COURT:  You don't have to look at the
17    video --
18              MS. MARQUEZ:  Right.  Instead of looking at
19    the two videos which I -- you know, I don't
20    hopefully think that that was going to be what was
21    going to happen, but just to head it off at the --
22              THE COURT:  Yeah, yeah, yeah.  So defendant
23    shall determine and I'll -- it's giving the
24    defendants a break and making it easier for them by
25    looking at file name.
```

```
 1              MR. HIRAOKA:  Well, Judge, you know,
 2    looking at things in relativity it's not always that
 3    simple to do.  I would just suggest first -- can I
 4    just go back a little bit?  And with respect to
 5    this --
 6              THE COURT:  Well, this is for your benefit.
 7    So if your answer is, I don't want the benefit,
 8    that's fine.  But I'm probably not going to -- it's
 9    not going to change the deadline.  I mean, it's up
10    to you.
11              MR. HIRAOKA:  Well --
12              THE COURT:  I need you to produce this
13    thing in four days.  So I thought it would be easier
14    for you to look at the file name than instead of
15    looking at the video and see if it matches.  But if
16    you want to look at the video and see if it matches,
17    I don't care.
18              MR. HIRAOKA:  Well, then if you could put a
19    provision that we'll research it, you know, that --
20    in a way that's most efficient for us.  I -- you
21    know, I don't want to be put in a position where we
22    have to search for something in a certain way when
23    that way may not be the most efficient way as it
24    turns out for us to find something.  So --
25              THE COURT:  Okay.  I'll leave it blank, and
```

1    we'll hope it doesn't become an issue.

2              MR. HIRAOKA:  And, Your Honor, I just want

3    to -- can I just go back to one thing for just a

4    moment --

5              THE COURT:  Go ahead.

6              MR. HIRAOKA:  -- if I could?  With respect

7    to the producing the first ten documents on a

8    rolling basis, and we have to investigate if all the

9    documents were produced for that particular --

10             THE COURT:  It's not rolling.  It's not

11   rolling.  The first 10 in four business days.  After

12   that we'll -- it may be rolling, but go ahead.

13             MR. HIRAOKA:  Oh, right, right, the first

14   10.  Okay.  Could we -- you know, there's a long

15   process in trying to investigate these things as to

16   whether or not the full file was produced.  You

17   know, we have to, you know, go through -- we have to

18   go through Bridget, she has to go through certain

19   people.  We have to get -- we have to obtain a

20   quote, for lack of a better term, an updated file to

21   see if it's complete, and then we have to compare it

22   to what was previously produced.  So I'm just asking

23   can we just push back the deadline within four days

24   to seven days.

25             THE COURT:  I'll give you five.  If you

1    need -- if you need more, I want someone to really
2    lay this out on an affidavit for me, so --
3              MR. HIRAOKA:  All right.
4              THE COURT:  All right.  We just -- I don't
5    -- you don't really have the luxury of time anymore.
6    And the fact is, you know, we have evidence that
7    there are -- that there could be a problem, and we
8    need to get at this as soon as possible.
9              Ms. Marquez, what else do you think we
10   should do today?
11             MS. MARQUEZ:  I think that that's it.  I
12   mean, I was going to offer if defendants preferred
13   to just give us the metadata of the file names, and
14   we could do the comparison.  I -- we'd be happy to
15   do that.  But if, you know, if that's that, then the
16   only other issue is the issue of sanctions.
17             THE COURT:  Okay.  I don't see how I can
18   possibly figure out sanctions until I figure out
19   what's happened in the past.  And I don't see how we
20   can figure that out until you meet with this person
21   and understand what the capabilities are and, you
22   know, whether -- you know, as I said you should ask
23   this person about what's been done and how, and
24   you're going to need to make an assessment about
25   reasonableness.  So if they've act unreasonably, I

 1    think -- I think you need to come back to me on

 2    sanctions.  And I think we need to do it a little

 3    bit separately from the actual merits of the

 4    problem.

 5         So I consider the request open, and it

 6    needs to be supplemented with more information.

 7         MS. MARQUEZ:  Okay.  Understood, Your

 8    Honor.  I will flag that, you know, this motion only

 9    became such because there was hesitance to provide

10    even some of the most basic files, even when

11    presented to defendants as deficient.  But I will

12    circle back to the Court once we've had this meeting

13    with the NYPD.

14         THE COURT:  Okay.  Yeah.  I mean, I just --

15    I don't know why the defendants would not be

16    interested in being as completely open as possible.

17         MR. HIRAOKA:  Your Honor, just for the

18    record, with respect to the four files that is the

19    subject of this meet -- that's the subject of this

20    conference, you know, the City never refused to

21    provide them, and, in fact, they already have been

22    provided.  I just want to throw that out there.

23         THE COURT:  Okay.  That's not what I was

24    talking about specifically, but all right.

25         Let me just read this again and make sure

1     that there's no problems.  Defendants shall

2     immediately run a search through their IAB database

3     for all individuals scheduled to be deposed as of

4     today and shall produce all IAB files that involve

5     incidents occurring during protests arising from the

6     Amended Schedule A.  All investigative files

7     including all documents in IAB's possession with

8     regard to that investigation, shall be produced, of

9     course.  It should be produced at least one week

10    before the date of deposition -- scheduled

11    deposition -- I'll just say deposition.  With

12    respect to Sergeant Saturnin and Lieutenant

13    Conforti, parenthesis, if he is a Rule 30(b)(1)

14    witness, the file shall be produced by Friday, April

15    21, 2023.

16          Two, defendant shall arrange for a meeting

17    between plaintiffs' counsel and an individual with

18    personal knowledge and experience in using databases

19    to search for IAB records on Friday, April 21, 2023.

20          The plaintiff shall provide a listing of

21    ten IAB log numbers -- hold on -- the defendant --

22    to defendants.  Defendants shall determine whether

23    all documents have been produced as to those log

24    numbers, and if not, shall provide a full production

25    within five business days of when defendant is given

```
 1   the log numbers.
 2             On the same date the defendant shall
 3   provide a sworn statement to plaintiffs --
 4   defendants, I should say, shall provide a sworn
 5   statement to plaintiffs, as to how long takes to
 6   make that determination and produce missing
 7   materials, if any.  Parties may extend or change
 8   these dates by mutual agreements in writing.
 9             Okay.  Anything else, Ms. Marquez?
10             MS. MARQUEZ:  I'm sorry, Your Honor.  I
11   think I may have missed how you described the person
12   with knowledge.  Is it knowledge about the system
13   capabilities, the search?
14             THE COURT:  Here's what I said.  An
15   individual with personal knowledge, experience in
16   using databases to search for IAB records.
17             MS. MARQUEZ:  Okay.
18             THE COURT:  Do you think that does it?
19             MS. MARQUEZ:  I think that does it, yes.
20   So --
21             MS. NELSON:  Your Honor, it's Chief
22   Conforti.
23             THE COURT:  Oh, I said -- I'm sorry.  I
24   said, Lieutenant.  Sorry, chief.
25             Anything else, Ms. Marquez?  You said no,
```

1    right?

2              MS. MARQUEZ:  I guess that's fine.  I was

3    just trying to think if using was sufficient.  But

4    as long as they know how to search the database.

5              THE COURT:  Do you have a better word?

6              MS. MARQUEZ:  Search.

7              THE COURT:  Using and including searching.

8              MS. MARQUEZ:  Okay.  Thank you.  Apologies.

9              THE COURT:  Okay.  All right.  Anything

10   else from defendant side?

11             MR. HIRAOKA:  Not at this time, Your Honor.

12   If there's an issue, of course --

13             THE COURT:  Okay.

14             MR. HIRAOKA:  -- we'll let you know.

15             THE COURT:  I'm sure you will.

16             MR. HIRAOKA:  Yes.

17             THE COURT:  Okay.  Thank you, everyone.

18             MR. HIRAOKA:  All right.  Thank you.

19             THE COURT:  Goodbye.

20             MR. HIRAOKA:  Bye-bye.

21             MS. FITZPATRICK:  Thank you.  Bye.

22

23

24

25

```
 1                    C E R T I F I C A T E
 2
 3        I, Marissa Mignano, certify that the foregoing
 4   transcript of proceedings in the case of
 5   IN RE NEW YORK POLICING DURING SUMMER 2020
 6   DEMONSTRATIONS, Docket #20-CV-08924, was
 7   prepared using digital transcription software and is
 8   a true and accurate record of the proceedings.
 9
10
11   Signature  ____Marissa Mignano_____
12                  Marissa Mignano
13
14   Date:      April 25, 2023
15
16
17
18
19
20
21
22
23
24
25
```