UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHELLYNE RODRIGUEZ,

                        Plaintiff,

       -against-

CITY OF NEW YORK et al,

                       Defendants.
-----------------------------------------------------------------X

21-CV-10815 (PKC)

**ORDER SCHEDULING CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/2024

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A conference to discuss ECF No. 95 is scheduled for **Wednesday, July 31, 2024, at 10:00 a.m**. Defendants have until July 26, 2024 to provide a response to ECF No. 95. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

       **SO ORDERED.**

DATED:      July 2, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge