UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHELLYNE RODRIGUEZ,

                    Plaintiff,                    21-CV-10815 (PKC)

       -against-                    **ORDER RESCHEDULING**
                                                               **CONFERENCE**

CITY OF NEW YORK et al,

                    Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The conference to discuss ECF No. 95 scheduled for Wednesday, July 31, 2024, at 10:00 a.m. **is hereby re-scheduled for Monday, August 19, 2024, at 2:00 p.m.** Defendants have until August 15, 2024, to provide a response to ECF No. 95. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

       SO ORDERED.

DATED:      July 12, 2024

                                                              _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge