UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHELLYNE RODRIGUEZ et al.,

                Plaintiffs,                        21-CV-10815 (PKC)

      -against-                                 **ORDER**

CITY OF NEW YORK et al,

                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The City is directed to provide the Academy Transcripts and Roll Call for all individually named Defendants by **Friday, September 13, 2024**. Additionally, the City must provide responses to the outstanding Document Requests from October 2023 in ECF No. 79-1 ¶¶ 4, 5, 6, 12, 13, 14, 19, 23, 24, 25, 32, 33, 34, 42, 43, 46, and 47 by **Friday, September 13, 2024**. The City must provide responses to the document requests where it previously objected to those requests by citing to the Consolidate Cases where there is no overlap because, for example, there are different defendants, as discussed at the March 20, 2024 conference. Failure to provide any of these responses, the Academy Transcripts, or Roll Call for all individually named Defendants by September 13 will result in sanctions.

      The City is also directed to provide a status update on when its production of the IAB files from May 28 – June 4 will be completed by **Friday, September 13, 2024**.

      SO ORDERED.

DATED:    New York, New York
              August 19, 2024

                                                               VALERIE FIGUEREDO
                                                              United States Magistrate Judge