**Messages in chronological order** (times are shown in GMT -04:00)

### 💬 CHAT - 02072 - 2020/06/04

**JD** **Julio Delgado** [OIP/PII] — 6/3/2020, 8:02 PM
On our way

**JD** **JOHN DADAMO** [OIP/PII] — 6/3/2020, 8:02 PM
Ok.

**JD** **Julio Delgado** [OIP/PII] — 6/3/2020, 8:39 PM
Pollock is keeping us up in the north

**JD** **JOHN DADAMO** [OIP/PII] — 6/3/2020, 8:41 PM
Wedin says go to PBMS

**JD** **JOHN DADAMO** [OIP/PII] — 6/3/2020, 8:41 PM
Now.

**JD** **Julio Delgado** [OIP/PII] — 6/3/2020, 8:42 PM
On my way!

**JD** **Julio Delgado** [OIP/PII] — 6/3/2020, 8:48 PM
==We are looking for arrests. So you this large group turns.... can we plz play too?==

**JD** **Julio Delgado** [OIP/PII] — 6/3/2020, 9:11 PM
84 at bridge.

**JD** **Julio Delgado** [OIP/PII] — 6/3/2020, 10:13 PM
There opening the bridge. Where do you want us

**JD** **JOHN DADAMO** [OIP/PII] — 6/3/2020, 10:19 PM
Stay there

**JD** **Julio Delgado** [OIP/PII] — 6/3/2020, 10:20 PM
K

**JD** **Julio Delgado** [OIP/PII] — 6/3/2020, 10:20 PM
84

**JD** **Julio Delgado** [OIP/PII] — 6/3/2020, 11:53 PM
Two cops shot 70

**JD** **Julio Delgado** [OIP/PII] — 6/4/2020, 12:20 AM
Back to Randell

**JD** **Julio Delgado** [OIP/PII] — 6/4/2020, 12:29 AM
Wedin is asking for the SRG Capt according to Cody. Eric is there looking for him

**JD** **JOHN DADAMO** [OIP/PII] — 6/4/2020, 12:34 AM
Why don't you go out there Julio and take care of it

**JD** **JOHN DADAMO** [OIP/PII] — 6/4/2020, 12:34 AM
Put yourself over the radio with your SRG field force responding to chief Whedon

**Messages in chronological order** (times are shown in GMT -04:00)

### 💬 CHAT - 02152 - 2020/06/04

**SL**  **SRG Jessica Lopez** [OIP/PII]  6/4/2020, 7:44 PM
Kick their ass tonight Capt!!

**SL**  **SRG Jessica Lopez** [OIP/PII]  6/4/2020, 7:44 PM
Most of all stay safe.

**JD**  **Julio Delgado** [OIP/PII]  6/4/2020, 7:44 PM
Will do

CONFIDENTIAL only for use In re: Summer 2020 Protest Litigation, 20-CV-8924

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬 **CHAT - 02647 - 2020/06/04**

| | | |
|---|---|---|
| # | [OIP/PII] | 6/4/2020, 7:24 PM |
| | Good evening everyone this is NEW text thread for tonights deployment under Chief Gulotta Inspector Cody Inspector Dowling and Captian Delgado . Please delete the last two threads sorry for the confusion ! ==LETS HAVE FUN AND BE SAFE== | |
| # | [OIP/PII] | 6/4/2020, 7:24 PM |
| | Third times the charm | |
| IC | **Insp Cody** [OIP/PII] | 6/4/2020, 7:24 PM |
| | Thanks be safe<br>Insp Cody | |
| DV | **David Vasquez** [OIP/PII] | 6/4/2020, 7:25 PM |
| | Read direct | |
| JD | **Julio Delgado** [OIP/PII] | 6/4/2020, 7:29 PM |
| | Muster everyone outside thv | |
| DV | **David Vasquez** [OIP/PII] | 6/4/2020, 7:31 PM |
| | I just read this from Jimmy SantanaAttachment Title: Resized_Screensho.jpg | |

*[Image of screenshot from "Jimmy": "42 XO Captain Rose just got a text from other captains saying they heard bloods and trinitarios wanna link up and kill a cop or two tonight" — Reply: "Thx you" Delivered]*

Image: Resized_Screensho.jpg (202 KB)

| | | |
|---|---|---|
| IC | **Insp Cody** [OIP/PII] | 6/4/2020, 7:32 PM |
| | ^^^All be situational aware of above | |
| JD | **Julio Delgado** [OIP/PII] | 6/4/2020, 7:38 PM |
| | 10-4. Guys let's stack | |
| # | [OIP/PII] | 6/4/2020, 7:39 PM |
| | Ready | |
| SC | **SRG Lt Cortes** [OIP/PII] | 6/4/2020, 7:39 PM |
| | Ready | |

CONFIDENTIAL only for use In re: Summer 2020 Protest Litigation, 20-CV-8924

| | | |
|---|---|---|
| SZ | **SRG2 Sgt Christopher Zapolli** [OIP/PII]<br>Ready | 6/4/2020, 7:39 PM |
| # | [OIP/PII]<br>Stacked | 6/4/2020, 7:39 PM |
| JD | **Julio Delgado** [OIP/PII]<br>Let's go | 6/4/2020, 7:39 PM |
| DV | **David Vasquez** [OIP/PII]<br>All good | 6/4/2020, 7:39 PM |
| JD | **Julio Delgado** [OIP/PII]<br>149/concord 40 Pct | 6/4/2020, 7:40 PM |
| SC | **SRG Lt Cortes** [OIP/PII]<br>👍 | 6/4/2020, 7:40 PM |
| JD | **Julio Delgado** [OIP/PII]<br>702 is 84 at 149/Concord | 6/4/2020, 7:50 PM |
| JD | **Julio Delgado** [OIP/PII]<br>3/6/52 | 6/4/2020, 7:51 PM |
| JD | **Julio Delgado** [OIP/PII]<br>Operators stay with vehicles | 6/4/2020, 7:52 PM |
| # | [OIP/PII]<br>10-04 | 6/4/2020, 7:52 PM |
| SL | **SRG2 Sgt Iran Lopezmaceda** [OIP/PII]<br>Ok | 6/4/2020, 7:53 PM |
| JD | **Julio Delgado** [OIP/PII]<br>When we move we do so together. Operators drop us off and restage away from incident. When called upon to pick up does so fast and with intent. Ty and be safe. | 6/4/2020, 7:54 PM |

CONFIDENTIAL only for use In re: Summer 2020 Protest Litigation, 20-CV-8924

**Messages in chronological order** (times are shown in GMT -04:00)

| | **CHAT - 02646 - 2020/06/03** | |
|---|---|---|
| # | [OIP/PII] | 6/3/2020, 7:14 PM |
| | Good evening everyone this is the text thread for tonights deployment under Chief Gulotta Inspector Cody and Captian Delgado . This is sgt Carlsen thank you . <mark>Let's have a fun safe night</mark> | |
| # | [OIP/PII] | 6/3/2020, 7:14 PM |
| | 😎 | |
| # | [OIP/PII] | 6/3/2020, 7:14 PM |
| | 10-4 | |
| SZ | **SRG2 Sgt Christopher Zapolli** [OIP/PII] | 6/3/2020, 7:18 PM |
| | 4 | |
| # | [OIP/PII] | 6/3/2020, 7:26 PM |
| | 4 | |
| IC | **Insp Cody** [OIP/PII] | 6/3/2020, 7:28 PM |
| | Cody | |
| JD | **Julio Delgado** [OIP/PII] | 6/3/2020, 7:32 PM |
| | Lets get ready. | |
| # | [OIP/PII] | 6/3/2020, 7:32 PM |
| | Ok | |
| LS | **Lt Chris Schmidt** [OIP/PII] | 6/3/2020, 7:33 PM |
| | Schmidt  Srg 1 | |
| # | [OIP/PII] | 6/3/2020, 7:34 PM |
| | Deallaume S2 ready | |
| # | [OIP/PII] | 6/3/2020, 7:35 PM |
| | Ready | |
| SS | **SRG3 Sgt Shefadya** [OIP/PII] | 6/3/2020, 7:35 PM |
| | K | |
| JD | **Julio Delgado** [OIP/PII] | 6/3/2020, 7:35 PM |
| | Let's stack | |
| # | [OIP/PII] | 6/3/2020, 7:35 PM |
| | Ready | |
| SS | **SRG3 Sgt Shefadya** [OIP/PII] | 6/3/2020, 7:35 PM |
| | Did we leave yet? | |
| JD | **Julio Delgado** [OIP/PII] | 6/3/2020, 7:36 PM |
| | Yep | |
| SZ | **SRG2 Sgt Christopher Zapolli** [OIP/PII] | 6/3/2020, 7:36 PM |
| | We are ready | |

CONFIDENTIAL only for use In re: Summer 2020 Protest Litigation, 20-CV-8924

DEF_DEP_CAPT JULIO DELGADO MESSAGES_00303