

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**Joseph M. Hiraoka, Jr.**
Senior Counsel
(212) 356-2413
jhiraoka@law.nyc.gov

September 6, 2024

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Shellyne Rodriguez v. The City of New York et al.*, 21-cv-10815 (PKC)(VF)

Your Honors:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, and serve as counsel to defendants in the above-referenced matter. Defendants respectfully write to advise the Court that the parties have reached a settlement agreement in this matter. There are no conferences currently scheduled, and defendants respectfully request that the Court adjourn all deadlines *sine die*.

      Thank you for your consideration.

Respectfully submitted,

*Joseph M. Hiraoka, Jr.* /s
*Senior Counsel*
Special Federal Litigation Division

cc:    **via ECF**
       All Counsel of Record